# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PATRICIA LOWRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RTI SURGICAL HOLDINGS, INC., CAMILLE I. FARHAT, BRIAN K. HUTCHISON, JONATHON M. SINGER, ROBERT P. JORDHEIM, and JOHANNES W. LOUW,<br><br>Defendants. | No.: 20-cv-01939<br>Honorable Matthew F. Kennelly |

## NOTICE OF MOTION

**TAKE NOTICE THAT:** on **April 28, 2020 at 9:30 a.m.**, counsel for Defendants RTI Surgical Holdings, Inc., Camille I. Farhat and Jonathon M. Singer, shall appear before the Honorable Matthew F. Kennelly in Courtroom 2103 of the Dirksen Federal Courthouse, 219 S. Dearborn St., Chicago, Illinois and then and there present the accompanying Motions for Leave to Appear Pro Hac Vice of Allison Kernisky, Louise McAlpin and Stephen P. Warren.

        Respectfully submitted,

        **RTI SURGICAL HOLDINGS, INC., CAMILLE I. FARHAT AND JONATHON M. SINGER**

        By: */s/* Martin G. Durkin, Jr.
                One of its Attorneys

Martin G. Durkin, Jr.
HOLLAND & KNIGHT LLP
131 South Dearborn Street
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312) 578-6666
martin.durkin@hklaw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on **April 23, 2020**, a copy of the foregoing **Notice of Motion** was electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

                                                                 */s/* Martin G. Durkin, Jr.
                                                                    Martin G. Durkin, Jr.