**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| PATRICIA LOWRY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>RTI SURGICAL HOLDINGS, INC., CAMILLE I. FARHAT, BRIAN K. HUTCHISON, JONATHON M. SINGER, ROBERT P. JORDHEIM, and JOHANNES W. LOUW,<br><br>    Defendants. | Civil Action No. 1:20-cv-01939-MFK<br><br><br><u>CLASS ACTION</u><br><br><br>Hon. Matthew F. Kennelly |

**<u>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF</u>**
**<u>MOTION OF ROSY YERETSIAN FOR APPOINTMENT AS LEAD PLAINTIFF AND</u>**
**<u>APPROVAL OF LEAD COUNSEL</u>**

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.    I am a Partner at Pomerantz LLP ("Pomerantz"), counsel on behalf of Ms. Rosy Yeretsian ("Ms. Yeretsian"), and have personal knowledge of the facts set forth herein.

2.    I make this Declaration in support of Ms. Yeretsian's motion for appointment as Lead Plaintiff for the Class and approval of her selection of Pomerantz and Roche Cyrulnik Freedman LLP ("RCF") as Co-Lead Counsel for the Class.

3.    Attached hereto as the exhibits indicated are copies of the following:

    Exhibit A:    Shareholder Certification executed by Ms. Yeretsian and an Assignment, assigning the claims of Ara Yeretsian to Ms. Yeretsian;

    Exhibit B:    Loss chart of Ms. Yeretsian;

1

Exhibit C:    Press release published over *Business Wire*, announcing the pendency of the above-captioned action;

Exhibit D:    Firm resume of Pomerantz; and

Exhibit E:    Firm resume of RCF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 22, 2020, at Flushing, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman