# EXHIBIT A

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.  I, Rosy Yeretsian, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against RTI Surgical Holdings, Inc. ("RTI" or the "Company") and authorize the filing of a lead plaintiff motion on my behalf.

3.  I did not purchase or acquire RTI securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.  I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired RTI securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet (Schedule "A") lists all of my transactions in RTI securities during the Class Period, as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.  I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this day of

5/10/2020
_____.



Rosy Yeretsian

**Schedule A**

**Transactions in RTI Surgical Holdings, Inc.**

| Security | Transaction Type | Trade Date | Shares | Price Per Share |
|---|---|---|---|---|
| Common Stock | Buy | 07/25/17 | 300 | $5.65 |
| Common Stock | Buy | 08/23/17 | 500 | $4.65 |
| Common Stock | Buy | 09/07/17 | 400 | $4.30 |
| Common Stock | Buy | 11/02/17 | 400 | $4.00 |
| Common Stock | Sell | 12/29/17 | 1200 | $4.12 |
| Common Stock | Buy | 07/09/18 | 17 | $4.75 |
| Common Stock | Buy | 07/11/18 | 583 | $4.75 |
| Common Stock | Buy | 07/13/18 | 517 | $4.75 |
| Common Stock | Buy | 02/21/19 | 283 | $4.55 |
| Common Stock | Buy | 05/10/19 | 500 | $4.80 |
| Common Stock | Buy | 08/02/19 | 500 | $3.85 |
| Common Stock | Buy | 02/04/20 | 500 | $4.25 |

## ASSIGNMENT

This Assignment Agreement is made and entered into as of the day of 5/10/2020 (the "Effective Date"), by and between Ara Yeretsian ("Assignor") and Rosy Yeretsian ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. The Assignor, hereby assigns, transfers and sets over to Assignee all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of the publicly traded securities of **RTI Surgical Holdings, Inc**.

2. Further, the Assignor hereby appoints Assignee as the Assignor's true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

3. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

4. This Assignment (which is coupled with an interest) may not be revoked without the written consent of Assignor.

5. This Assignment shall be binding upon and inure to the benefit of the Parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.

Assignor

Executed: 5/10/2020

DocuSigned by:

*Ara Yeretsian*

81B0419785FB4B4...

Ara Yeretsian