# EXHIBIT B

**RTI Surgical Holdings, Inc. (RTIX)**
**Class Period: March 7, 2016 to March 16, 2020**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 66-Day Mean Price $2.1032 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Yeretsian, Rosy | 7/27/2017 | 300 | $5.6500 | ($1,695) | 12/29/2017 | (1,200) | $4.1200 | $4,944 | | | |
| Yeretsian, Rosy | 8/23/2017 | 500 | $4.6500 | ($2,325) | | | | | | | |
| Yeretsian, Rosy | 9/7/2017 | 400 | $4.3000 | ($1,720) | | | | | | | |
| Yeretsian, Rosy | 11/2/2017 | 400 | $4.0000 | ($1,600) | | | | | | | |
| Yeretsian, Rosy | 7/9/2018 | 17 | $4.7500 | ($81) | | | | | | | |
| Yeretsian, Rosy | 7/11/2018 | 583 | $4.7500 | ($2,769) | | | | | | | |
| Yeretsian, Rosy | 7/13/2018 | 517 | $4.7500 | ($2,456) | | | | | | | |
| Yeretsian, Rosy | 2/21/2019 | 283 | $4.5500 | ($1,288) | | | | | | | |
| Yeretsian, Rosy | 5/10/2019 | 500 | $4.8000 | ($2,400) | | | | | | | |
| Yeretsian, Rosy | 8/2/2019 | 500 | $3.8500 | ($1,925) | | | | | | | |
| Yeretsian, Rosy | 2/4/2020 | 500 | $4.2500 | ($2,125) | | | | | | | |
| **Yeretsian, Rosy** | | **4,500** | | **($20,383)** | | **(1,200)** | | **$4,944** | **3,300** | **$6,941** | **($8,499)** |

*Avg Closing Prices from March 17 to May 21