**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICIA LOWRY, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No: 1:20-CV-01939 |
| RTI SURGICAL HOLDINGS, INC., CAMILLE I. FARHAT, BRIAN K. HUTCHISON, JONATHON M. SINGER, ROBERT P. JORDHEIM, and JOHANNES W. LOUW, | ) ) ) ) ) ) | Hon. Matthew F. Kennelly |
| Defendants. | ) ) | |

**DEFENDANTS' JOINT RESPONSE TO ROSY YERETSIAN'S MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF**

Defendants RTI Surgical Holdings, Inc., Camille I. Farhat, Brian K. Hutchison, Robert P. Jordheim, Johannes W. Louw, and Jonathon M. Singer, by their undersigned counsel, respectfully submit the following response to the motion of Rosy Yeretsian for appointment as lead plaintiff and approval of selection of lead counsel, ECF Nos. 26-29.

1.	By her motion, the movant seeks to be appointed lead plaintiff in this action pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 ("PSLRA") and requests the approval of her selection of lead counsel.

2.	Defendants take no position with respect to the Court's appointment of lead plaintiff(s) or the selection of lead counsel. However, defendants dispute the movant's contentions and allegations concerning defendants' alleged actions or omissions, as well as any alleged losses suffered by the movant. Defendants reserve the right to (i) object to any plaintiff's standing to assert claims against them in this action, (ii) object to, and move to dismiss on any available

grounds, all claims against them in connection with movant's contentions; and (3) object on any available ground to any motion for class certification.

3.      Any evaluation of the typicality and adequacy of proposed lead plaintiffs at this early stage of these proceedings of necessity will be preliminary.  *See, e.g.*, *City of Sterling Heights Gen. Employees' Ret. Sys. v. Hospira, Inc.*, No. 11-cv-8332, 2012 WL 1339678, at \*8 (N.D. Ill. Apr. 18, 2012) (a lead plaintiff needs to make only "a *preliminary* showing that it satisfies the requirements of Rule 23") (emphasis added); *In re Groupon, Inc. Sec. Litig.*, No. 12-cv-2450, 2012 WL 3779311, at \*3 (N.D. Ill. Aug. 28, 2012) ("A lead plaintiff must . . . make a *preliminary* showing that it satisfies that typicality and adequacy requirements of Rule 23") (emphasis added); *see also Gumm v. Molinaroli*, No. 16-cv-1093, 2016 WL 6680462, at \*4 n.8 (E.D. Wis. Nov. 14, 2016) ("The fact that the court makes preliminary class certification findings of typicality and adequacy for the purposes of appointing a lead plaintiff does not preclude any party from contesting those, or any other, class certification requirements for the purpose of ultimate class certification in the future") (citing *Martingano v. American Int'l Grp, Inc.*, 2006 WL 1912724, at \*4 (E.D.N.Y. July 11, 2006)).

4.      Defendants therefore respectfully request that any order appointing lead plaintiff(s) or approving lead plaintiffs' selection of counsel provide that any determinations made in connection with such an appointment and approval are preliminary and limited to the lead plaintiff selection process under the PSLRA.


[The remainder of this page is intentionally left blank]

Dated:  June 3, 2020                                      Respectfully Submitted:


By: */s/ Yan Grinblat*                                    By: */s/ Martin G. Durkin*

    **DLA PIPER LLP (US)**                         **HOLLAND & KNIGHT LLP**

    Yan Grinblat                                   Martin G. Durkin

    444 West Lake Street, Suite 900        martin.durkin@hklaw.com

    Chicago, IL 60606-0089                 150 N. Riverside Plaza, Suite 2700

    T: 312.368.2183                         Chicago, IL 60606

    E: yan.grinblat@us.dlapiper.com       Tel.: 312.263.3600

                                         Fax: 312.578.6666

    Deborah Meshulam*

    500 8th Street NW                    Louise McAlpin*

    Washington DC 20004              louise.mcalpin@hklaw.com

    T: 202.799.4511                    Stephen P. Warren*

    E: deborah.meshulam@us.dlapiper.com  stephen.warren@hklaw.com

                                         Allison Kernisky*

    Keara M. Gordon*                 allison.kernisky@hklaw.com

    1251 Avenue of the Americas        701 Brickell Avenue, Suite 3300

    New York, NY 10020-1104          Miami, Florida 33131

    T: 212.335.4632                    Tel.: 305.374.8500

    E: keara.gordon@us.dlapiper.com     Fax: 305.789.7799


    * Admitted *pro hac vice*                 * Admitted *pro hac vice*

*Counsel for Defendant Robert R. Jordheim*  *Counsel for Defendant RTI Surgical Holdings, Inc., Camille I. Farhat, and Jonathon M. Singer*


By: */s/ Russell Koonin*                                  By: */s/ James K. Goldfarb*

    **HOMER BONNER JACOBS ORTIZ**       **MURPHY & McGONIGLE**

    Russell Koonin*                   James K. Goldfarb*

    Adam Schwartz*                  Stephen J. Crimmins

    1200 Four Seasons Tower           1185 Avenue of the Americas

    1441 Brickell Avenue              21st Floor

    Miami Florida 33131              New York NY 10036

    T: 305.350.5100                    T: 212.880.3961

    E: rkoonin@homerbonner.com        E: jgoldfarb@mmlawus.com

    E: aschwartz@homerbonner.com     E: scrimmins@mmlawus.com


    * Admitted *pro hac vice*                 * Admitted *pro hac vice*

*Counsel for Defendant Johannes W. Louw*   *Counsel for Defendant Brian K. Hutchison*

3