# EXHIBIT C



# United States District Court
# Northern District of Illinois

In the Matter of

Norma Mims

v.

Thomas J Wilson, et al.

District Judge Robert W. Gettleman

Case No. 20-CV-1038

Designated Magistrate Judge
Jeffrey Cole

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Robert M. Dow Jr. to be related to 16 cv 10510 and 18 cv 3598 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____

**Judge Robert W. Gettleman**

Date: Thursday, April 30, 2020

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Robert W. Gettleman

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____

**Chief Judge Rebecca R. Pallmeyer**

Dated: Thursday, April 30, 2020

District Reassignment - Finding of Relatedness