UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA LOWRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RTI SURGICAL HOLDINGS, INC., CAMILLE I. FARHAT, BRIAN K. HUTCHISON, JONATHON M. SINGER, ROBERT P. JORDHEIM, and JOHANNES W. LOUW,<br><br>Defendants. | No.: 20-cv-01939<br>Honorable Matthew F. Kennelly |

**JOINT STATUS REPORT**

Plaintiff Patricia Lowry ("Lowry"), and Defendants RTI Surgical Holdings, Inc. ("RTI"), Camille I. Farhat, Brian K. Hutchison, Robert P. Jordheim, Johannes W. Louw, and Jonathon M. Singer, (collectively, "Defendants"), by their undersigned counsel, submit this Joint Status Report pursuant to this Court's order of May 6, 2020 [Doc. No. 25]:

1. <u>Nature of the case</u>.

    A: **Attorneys of Record and Lead Trial Counsel for Each Party.**

Counsel for each party are listed in the signature block.

    B. **Nature of the Claims**.

This putative class action was filed in March 2020 by a purported RTI shareholder, Patricia Lowry, who asserts claims under the Securities Exchange Act of 1934 (the "'34 Act") against RTI and certain of its current and former officers and directors (the "Securities Action"). Lowry contends that RTI's internal controls over financial reporting were insufficient, and that certain financial reports filed by RTI contained materially inaccurate information. Lowry alleges that

when RTI's internal investigation of its revenue recognition practices was disclosed, the value of RTI's publicly traded securities declined. Plaintiff is seeking to represent a class consisting of all those who purchased or otherwise acquired RTI securities publicly traded on the NASDAQ during the period March 7, 2016 to March 16, 2020. Defendants deny these allegations and reserve all rights and defenses thereto.

2. <u>Status of Service and Appearance</u>: All Defendants have been served or waived service, and counsel for each defendant has filed an appearance.

3. <u>Related Actions</u>: On June 19, 2020, this court entered an order finding that *Summers v. Farhat, et al.*, No. 20-cv-3347, and *Campbell v. Farhat, et al.,* No. 20-cv-3464 (the "Derivative Actions"), are related to this case within the meaning of Local Rule 40.4 and requesting that the Executive Committee reassign the Derivative Actions to this Court, which the Executive Committee did shortly thereafter.

4. <u>Pending Motions</u>: On May 26, 2020, Ms. Rosy Yeretsian filed her motion to be appointed Lead Plaintiff on behalf of the Class, and to approve her selection of Pomerantz LLP and Roche Cyrulnik Freedman LLP as Co-Lead Counsel for the Class. [Doc. No. 26]. Defendants filed their response to the motion on June 3, 2020. [Doc. No. 27].

5. <u>Anticipated Motions and Pleadings</u>: Under this Court's order of May 6, 2020, within 45 after the Court enters an order appointing a Lead Plaintiff and Lead Counsel for the Class, the Lead Plaintiff shall file an amended or consolidated complaint, or notify the Defendants that Plaintiff intends to rely on the initial Class Action Complaint. [Doc. No. 25]. Defendants are required to file motions to dismiss or to otherwise respond to the complaint within 45 days thereafter. *Id.*

6. <u>Discovery</u>: Under the Private Securities Litigation Reform Act discovery is stayed pending the filing of a consolidated complaint and resolution of the forthcoming motions to dismiss it. 15 U.S.C. § 78u-4(b)(3)(B).

7. <u>Possibility of Settlement</u>: No settlement discussions have occurred. The parties do not request a settlement conference at this time.

8. <u>Damages and Insurance</u>: Plaintiff has not yet quantified any alleged damages to the purported class. The Defendants are insureds under director and officer insurance policies issued by several insurers.

Dated: June 29, 2020                                Respectfully submitted,

**For Plaintiff Patricia Lowry:**

By: */s/ Louis C. Ludwig*
Louis C. Ludwig
Pomerantz LLP
10 South LaSalle St., Ste, 3505
Chicago, IL 60603
312.377.1181
lcludwig@pomlaw.com

*Local Counsel for Patricia Lowry*

Phillip Kim
Laurence M. Rosen
The Rosen Law Firm, P.A.
275 Madison Ave., 40th Floor
New York, NY 10016
212.686.1060
pkim@rosenlegal.com
lrosen@rosenlegal.com

**For Proposed Lead Plaintiff Rosy Yeretsian:**

By: */s/ Patrick V. Dahlstrom*
Patrick V. Dahlstrom
Louis C. Ludwig
Pomerantz LLP

**For Defendants RTI Surgical Holdings, Inc., Camille I. Farhat, and Jonathon M. Singer:**

By: */s/ Martin G. Durkin*
Martin G. Durkin
Holland & Knight LLP
150 North Riverside Plaza, Ste. 2700
Chicago, IL 60606
312.578.6574
Martin.durkin@hklaw.com

Stephen P. Warren
Louise McAlpin
Allison Kernisky
Holland & Knight LLP
701 Brickell Ave., Ste. 3300
Miami, FL 33131
305.349.2256
Stephen.warren@hklaw.com
Louise.mcalpin@hklaw.com
Allison.kernisky@hklaw.com

**For Defendant Robert R. Jordheim:**

By: */s/ Yan Grinblat*
Yan Grinblat
DLA Piper LLP (US)

10 South LaSalle St., Ste, 3505
Chicago, IL 60603
312.377.1181
pdahlmstrom@pomlaw.com
lcludwig@pomlaw.com

Velvel (Devin) Freedman
Kyle W. Roche
Ivy T. Ngo
Constantine P. Economides
Roche Cyrulnik Freeman LLP
200 South Biscayne Blvd, Ste. 5500
Miami, FL 33131
305.851.5997
vfreedman@rcfllp.com
kyle@rcfllp.com
ingo@rcfllp.com
ceconomides@rcfllp.com

Brian Schall
The Schall Law Firm
1880 Century Park East, Ste. 404
Los Angeles, CA 90067
424.303.1964
brian@schallfirm.com

444 West Lake Street, Suite 900
Chicago, IL 60606-0089
312.368.2183
yan.grinblat@us.dlapiper.com

Deborah Meshulam
DLA Piper LLP (US)
500 8th Street NW
Washington DC 20004
202.799.4511
deborah.meshulam@us.dlapiper.com

Keara M. Gordon
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
212.335.4632
keara.gordon@us.dlapiper.com

**For Defendant Brian K. Hutchison:**

By: /s/ *James K. Goldfarb*
James K. Goldfarb
Stephen J. Crimmins
Murphy & McGonigle
1185 Avenue of the Americas
21st Floor
New York, NY 10036
212.880.3999
jgoldfarb@mmlawus.com
scrimmins@mmlawus.com

**For Defendant Johannes W. Louw**

By: /s/ *Russell Koonin*
Russell Koonin
Adam Schwartz
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
305.350.5100
rkoonin@homerbonner.com
aschwartz@homerbonner.com

Vivek Jayaram
Elizabeth Austermuehle
Jayaram Law, Inc.
125 S. Clark Street, Suite 1175
Chicago, Illinois 60603
312 212 8676
vivek@jayaramlaw.com
liz@jayaramlaw.com

4