## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Patricia Lowry

                                      Plaintiff,

v.                                                                 Case No.: 1:20−cv−01939
                                                                           Honorable Matthew F. Kennelly

RTI Surgical Holdings, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 30, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: The motion of Rosy Yeretsian for appointment as lead plaintiff and for approval of her selection of Pomerantz LLP and Roche Cyrulnik Freedman LLP as co−lead counsel [26] is granted. The Court finds, for the purposes of the lead plaintiff / lead counsel selection process, that Yeretsian's claims are typical of those of the proposed class and that she will fairly and adequately represent the interests of the proposed class. In addition, proposed lead counsel are firms with significant experience and expertise in securities fraud and other class actions and are appropriate qualified to act as lead counsel. Under the Court's previous order, Yeretsian has 45 days from today−−until 8/14/2020−− to file an amended or consolidated complaint, or notify defendants that she intends to rely on the initial complaint. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.