# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA LOWRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RTI SURGICAL HOLDINGS, INC., CAMILLE I. FARHAT, BRIAN K. HUTCHISON, JONATHON M. SINGER, ROBERT P. JORDHEIM, and JOHANNES W. LOUW,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.: 20-cv-01939<br>Honorable Matthew F. Kennelly |

## SUPPLEMENTAL JOINT STATUS REPORT

Plaintiff and Defendants (collectively, the "Parties"), by their undersigned counsel, submit this Supplement to the Joint Status Report filed June 26, 2020 (ECF No. 37):

1.     In May 2020, the Court ordered that, after a lead plaintiff was appointed, the lead plaintiff would have 45 days to file an amended or consolidated complaint and the Defendants would then have 45 days to file a response.  ECF No. 25.

2.     On June 30, 2020, the Court appointed Rosy Yeretsian as Lead Plaintiff (the "Lead Plaintiff") and set August 14, 2020 as the deadline for Lead Plaintiff to file an amended or consolidated complaint or notify Defendants she will rely on the initial complaint.  ECF No. 38.

3.     This makes Defendants' motions to dismiss the operative complaint due 45 days later on September 28, 2020, which falls on the Yom Kippur holiday.  ECF No. 25.  The Court has not set deadlines for the remainder of the motion to dismiss briefing schedule.  *Id.*

4.      In light of the Yom Kippur holiday on September 28, 2020, the Parties request that the Court adjust the motion to dismiss briefing schedule by two days and the Parties have also agreed on dates for the remainder of the briefing schedule, as follows:

a.      Lead Plaintiff will file an amended or consolidated complaint or notify Defendants she will rely on the initial complaint by **August 16, 2020**.

b.      Defendants will file motions to dismiss the operative complaint by **September 30, 2020**.

c.      Lead Plaintiff will file any oppositions to Defendants' motions to dismiss by **November 16, 2020** (45 days after the motions to dismiss are filed).

d.      Defendants will file their reply memoranda in support of motions to dismiss by **December 16, 2020** (30 days later).

Dated: July 8, 2020                                   Respectfully submitted,

**For Lead Plaintiff Rosy Yeretsian:**

By: /s Patrick V. Dahlstrom
Patrick V. Dahlstrom
Louis C. Ludwig
Pomerantz LLP
10 South LaSalle St., Ste, 3505
Chicago, IL 60603
312.377.1181
pdahlmstrom@pomlaw.com
lcludwig@pomlaw.com

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
212.661.1100
jalieberman@pomlaw.com
ahood@pomlaw.com

Velvel (Devin) Freedman
Kyle W. Roche*
Ivy T. Ngo

**For Defendants RTI Surgical Holdings, Inc., Camille I. Farhat, and Jonathon M. Singer:**

By: /s Martin G. Durkin
Martin G. Durkin
Holland & Knight LLP
150 North Riverside Plaza, Ste. 2700
Chicago, IL 60606
312.578.6574
Martin.durkin@hklaw.com

Stephen P. Warren*
Louise McAlpin*
Allison Kernisky*
Holland & Knight LLP
701 Brickell Ave., Ste. 3300
Miami, FL 33131
305.374.8500
Stephen.warren@hklaw.com
Louise.mcalpin@hklaw.com
Allison.kernisky@hklaw.com

Constantine P. Economides*
Roche Cyrulnik Freeman LLP
200 South Biscayne Blvd, Ste. 5500
Miami, FL 33131
305.851.5997
vfreedman@rcfllp.com
kyle@rcfllp.com
ingo@rcfllp.com
ceconomides@rcfllp.com

Brian Schall*
brian@schallfirm.com
The Schall Law Firm
1880 Century Park East, Ste. 404
Los Angeles, CA 90067
424.303.1964

*Pro hac vice application forthcoming

**For Defendant Brian K. Hutchison:**

By: /s Stephen J. Crimmins
James K. Goldfarb*
Stephen J. Crimmins
Murphy & McGonigle
1185 Avenue of the Americas
21st Floor
New York NY 10036
212.880.3961
jgoldfarb@mmlawus.com
scrimmins@mmlawus.com

*Admitted *pro hac vice*

*Admitted *pro hac vice*

**For Defendant Robert R. Jordheim:**

By: /s Yan Grinblat
Yan Grinblat
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
312.368.2183
yan.grinblat@us.dlapiper.com

Deborah Meshulam*
DLA Piper LLP (US)
500 8th Street NW
Washington DC 20004
202.799.4511
deborah.meshulam@us.dlapiper.com

Keara M. Gordon*
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
212.335.4632
keara.gordon@us.dlapiper.com

*Admitted *pro hac vice*

**For Defendant Johannes W. Louw**

By: /s/ Russell Koonin
Russell Koonin*
Adam Schwartz*
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
305.350.5100
rkoonin@homerbonner.com
aschwartz@homerbonner.com

Vivek Jayaram
Elizabeth Austermuehle
Jayaram Law, Inc.
125 S. Clark Street
Suite 1175
Chicago, Illinois 60603
312 212 8676

vivek@jayaramlaw.com
liz@jayaramlaw.com

*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

       I hereby certify that, on July 8, 2020, I electronically filed the foregoing document using the ECF System for the United States District Court for the Northern District of Illinois.  Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record in this matter registered on the ECF system.

*/s/ Martin G. Durkin*
Martin G. Durkin