UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Patricia Lowry
                                  Plaintiff,

v.                                                     Case No.: 1:20−cv−01939
                                                             Honorable Matthew F. Kennelly

RTI Surgical Holdings, Inc., et al.
                                  Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Sunday, August 2, 2020:


      MINUTE entry before the Honorable Matthew F. Kennelly: Lead plaintiff's motion for extension of time [49] is granted. The due date for plaintiff to file her consolidated amended complaint is extended to 8/31/2020, and the due date for defendants to file their response is extended to 10/15/2020. Neither of these dates will be extended again for any reason. Plaintiff has already had ample time, even considering the pandemic, to prepare and file an amended complaint, and 45 days for a response is more than enough to respond to it. The parties should anticipate that the remainder of the briefing schedule on any motion to dismiss, if one is filed, will be considerably shorter than the intervals provided thus far. (mk)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.