# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Patricia Lowry

                            Plaintiff,

v.                                                       Case No.: 1:20–cv–01939
                                                                    Honorable Matthew F. Kennelly

RTI Surgical Holdings, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, October 10, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion by defendants Farhat, RTI, and Singer for leave to file excess pages [55] is denied, without prejudice to the filing of a motion by all defendants stating the number of pages that each requests as well as the aggregate total and the extent to which defendants propose to adopt arguments. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.