# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Patricia Lowry

                              Plaintiff,

v.                                                                      Case No.: 1:20−cv−01939
                                                                       Honorable Matthew F. Kennelly

RTI Surgical Holdings, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2020:

       MINUTE entry before the Honorable Matthew F. Kennelly: Motion by RTI defendants for leave to file excess pages [57] is granted in part; those defendants' opening brief may be as long as 25 pages. This is predicated upon the representation that three other defendants will be filing motion to dismiss briefs of 15 pages each. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.