# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICIA LOWRY, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>v.<br><br>RTI SURGICAL HOLDINGS, INC., CAMILLE I. FARHAT, BRIAN K. HUTCHISON, JONATHON M. SINGER, ROBERT P. JORDHEIM, and JOHANNES W. LOUW,<br><br>                      Defendants. | No.: 20-cv-01939<br>Honorable Matthew F. Kennelly |

## DEFENDANTS RTI SURGICAL HOLDINGS, INC., CAMILLE I. FARHAT, AND JONATHON M. SINGER'S MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), the heightened pleading standards of the Private Securities Litigation Reform Act and Fed. R. Civ. P. 9(b), Defendants RTI Surgical Holdings, Inc., Camille I. Farhat, and Jonathon M. Singer move to dismiss the Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws of Lead Plaintiff Rosy Yeretsian.

The Amended Complaint lacks sufficient factual allegations to state a claim for violation of Section 10(b) and Rule 10b-5, or Section 20(a) of Securities and Exchange Act of 1934, and should be dismissed for failure to state a claim on which relief can be granted.

Defendants have filed a memorandum in support of this motion.

Wherefore, for the reasons cited in their Memorandum in Support of this Motion to Dismiss, Defendants RTI and Messrs. Farhat and Singer respectfully request that the Court enter an order dismissing the Consolidated Amended Class Action Complaint in its entirety.

Dated: October 15, 2020　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/* Martin G. Durkin　　　　
　　　　　　　　　　　　　　　　　　　　**HOLLAND & KNIGHT LLP**
　　　　　　　　　　　　　　　　　　　　Martin G. Durkin
　　　　　　　　　　　　　　　　　　　　martin.durkin@hklaw.com
　　　　　　　　　　　　　　　　　　　　150 N. Riverside Plaza, Suite 2700
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　T: 312.578-6574
　　　　　　　　　　　　　　　　　　　　F: 312.578.6666

　　　　　　　　　　　　　　　　　　　　Louise McAlpin*
　　　　　　　　　　　　　　　　　　　　louise.mcalpin@hklaw.com
　　　　　　　　　　　　　　　　　　　　Stephen P. Warren*
　　　　　　　　　　　　　　　　　　　　stephen.warren@hklaw.com
　　　　　　　　　　　　　　　　　　　　Allison Kernisky*
　　　　　　　　　　　　　　　　　　　　allison.kernisky@hklaw.com
　　　　　　　　　　　　　　　　　　　　701 Brickell Avenue, Suite 3300
　　　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　　　T: 305.374.8500
　　　　　　　　　　　　　　　　　　　　F: 305.789.7799

　　　　　　　　　　　　　　　　　　　　* Admitted *pro hac vice*

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant RTI Surgical Holdings, Inc., Camille I. Farhat, and Jonathon M. Singer*

#79517622_v1