**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

PATRICIA LOWRY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

RTI SURGICAL HOLDINGS, INC., CAMILLE I. FARHAT, BRIAN K. HUTCHISON, JONATHON M. SINGER, ROBERT P. JORDHEIM, and JOHANNES W. LOUW,

Defendants.

Case No. 1:20-cv-01939

Hon. Matthew F. Kennelly

## DEFENDANT ROBERT P. JORDHEIM'S REQUEST FOR JUDICIAL NOTICE

In connection with his motion to dismiss the amended complaint ("AC"), defendant Robert P. Jordheim respectfully requests that the Court take judicial notice of certain documents, as permitted by the Federal Rules of Evidence and established legal authority.

1.	Mr. Jordheim has moved to dismiss the AC for failure to state a claim pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure. The complaint asserts claims under sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder.

2.	In considering a motion to dismiss such claims, "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007).

3. A court "must take judicial notice" of facts "if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c). A fact is subject to judicial notice if it "is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

4. Attached as Exhibit A is an excel spreadsheet reflecting true and correct historical price data for shares of the common stock of defendant RTI Surgical Holdings, Inc. for the time period of June 5, 2020 through June 9, 2020. This data is publicly available on and was downloaded from Yahoo! Finance under the direction and supervision of undersigned counsel. This price data is subject to judicial notice because it is in the public record and its accuracy is not subject to reasonable dispute. *See, e.g.*, *Pugh v. Tribune Co.*, 521 F.3d 686, 691 (7th Cir. 2008) (taking "judicial notice of documents in the public record, including publicly reported stock prices"); *Garden City Emps.' Ret. Sys. v. Anixter Int'l, Inc.*, 2011 WL 1303387, at *14 (N.D. Ill. Mar. 31, 2011) (taking judicial notice of "chart taken from Yahoo! Finance that shows [defendant corporation's] stock price from Jan. 2, 2008 to December 31, 2008").

5. Attached as Exhibit B are true and correct copies of Form 4 Statements of Changes in Beneficial Ownership filed by Mr. Jordheim between February 19, 2016 and May 3, 2017, in the form in which they were filed with the Securities and Exchange Commission. These documents are subject to judicial notice because they were publicly filed with the SEC and include information regarding ownership and transaction history of RTI stock and stock options that are relevant to plaintiff's scienter allegations. *See* AC ¶¶ 29, 252-53 (alleging purported motive to commit fraud based on transactions in RTI common stock). *See, e.g.*, *Fryman v. Atlas Fin. Holdings, Inc.*, 2020 WL 2735366, at *4 (N.D. Ill. May 26, 2020) (taking judicial notice of defendants' Forms 4); *Garden City*, 2011 WL 1303387, at *12 (same, collecting authorities).

Dated: Chicago, Illinois                         **DLA PIPER LLP (US)**
      October 15, 2020


By:    */s/ Yan Grinblat*

     Deborah R. Meshulam*                      Yan Grinblat
500 8th Street NW                            444 West Lake Street, Suite 900
Washington DC 20004                          Chicago, IL 60606-0089
T: 202.799.4511                              T: 312.368.2183
E: deborah.meshulam@dlapiper.com             E: yan.grinblat@dlapiper.com

Keara M. Gordon*
1251 Avenue of the Americas
New York, NY 10020-1104
T: 212.335.4632
E: keara.gordon@dlapiper.com


\* Admitted *pro hac vice*                    *Counsel for Defendant Robert P. Jordheim*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on October 15, 2020, I electronically filed the foregoing document using the ECF System for the United States District Court for the Northern District of Illinois. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record registered on the ECF system.

*/s/ Yan Grinblat*
Yan Grinblat
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606