**EXHIBIT A**

**RTIX Historical Stock Price**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 6/5/2020 | 2.95 | 3.09 | 2.9109 | 3.07 | 3.07 | 596459 |
| 6/8/2020 | 3.29 | 3.305 | 3.01 | 3.11 | 3.11 | 1075109 |
| 6/9/2020 | 3.08 | 3.26 | 3.03 | 3.11 | 3.11 | 753253 |