**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

PATRICIA LOWRY, individually and on behalf of
all others similarly situated,

        Plaintiff,

v.

RTI SURGICAL HOLDINGS, INC., CAMILLE I.
FARHAT, BRIAN K. HUTCHISON, JONATHON
M. SINGER, ROBERT P. JORDHEIM, and
JOHANNES W. LOUW,

        Defendants.

Case No. 1:20-cv-1939

Honorable Matthew F. Kennelly

**DECLARATION OF JAMES K. GOLDFARB IN SUPPORT OF
DEFENDANT BRIAN K. HUTCHISON'S MOTION TO DISMISS
THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, James K. Goldfarb, appearing before the Court *pro hac vice*, declare as follows:

1.      I am a shareholder of Murphy & McGonigle, P.C., attorneys for defendant Brian K. Hutchison in this action.

2.      I submit this declaration in support of Mr. Hutchison's motion to dismiss the Consolidated Amended Class Action Complaint (the "complaint").

3.      Attached as Exhibit A, hereto, is a true and correct copy of the complaint.

4.      Attached as Exhibit B, hereto, is a true and correct copy of RTI's Form 8-K, dated December 19, 2016.

5.      Attached as Exhibit C, hereto, is a true and correct copy of RTI's 2018 Form 10-K/A, dated June 8, 2020.

6.      Attached as Exhibit D, hereto, is a true and correct copy of RTI's 4Q 2015 Earnings Release, dated February 16, 2016.

7.      Attached as Exhibit E, hereto, is a true and correct copy of  RTI's 4Q 2015 Earnings Call Transcript, dated February 16, 2016.

8.      Attached as Exhibit F, hereto, is a true and correct copy of RTI's 1Q 2016 Earnings Release, dated April 28, 2016.

9.      Attached as Exhibit G, hereto, is a true and correct copy of RTI's 1Q 2016 Earnings Call Transcript, dated April 28, 2016.

10.      Attached as Exhibit H, hereto, is a true and correct copy of RTI's 2Q 2016 Earnings Release, dated July 27, 2016.

11.      Attached as Exhibit I, hereto, is a true and correct copy of RTI's Q2 2016 Earnings Call Transcript, dated July 27, 2016.

12.      Attached as Exhibit J, hereto, is a true and correct copy of RTI's 3Q 2016 Earnings Release, dated October 25, 2016.

13.      Attached as Exhibit K, hereto, is a true and correct copy of RTI's 2015 Form 10-K, dated March 7, 2016.

14.      Attached as Exhibit L, hereto, is a true and correct copy of RTI's Q3 2016 Earnings Call Transcript, dated October 25, 2016.

15.      Attached as Exhibit M, hereto, is a true and correct copy of RTI's 2016 Form 10-K, dated March 13, 2017.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2020                            /s/ James K. Goldfarb
in New York, New York

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on **October 15, 2020**, a true and correct copy of the foregoing **DECLARATION OF JAMES K. GOLDFARB IN SUPPORT OF DEFENDANT BRIAN K. HUTCHISON'S MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the Court's CM/ECF System, which shall send notification of such filing to all parties registered to use ECF or are represented by a registered E-filer. Parties may access this filing through the Court's CM/ECF System.

/s/ James K. Goldfarb

4827-4572-7438