Case: 1:20-cv-01939 Document #: 66-5 Filed: 10/15/20 Page 1 of 14 PageID #:2543

**News**Room

2/16/16 FD (Fair Disclosure) Wire 13:30:00

FD (Fair Disclosure) Wire
Copyright (c) 2016 CCBN, Inc. and CQ Roll Call

February 16, 2016

Q4 2015 RTI Surgical Inc Earnings Call - Final

Presentation

OPERATOR: Good day, ladies and gentlemen, and welcome to the RTI Q4 and year-end 2015 earnings call. (Operator Instructions). As a reminder, today's conference is being recorded.

I'd now like to introduce your host for today's conference, Ms. Wendy Crites Wacker, Vice President, Global Communications. Ma'am, please go ahead.

WENDY CRITES WACKER, VP, GLOBAL COMMUNICATIONS, RTI SURGICAL, INC.: Good morning, and thank you for joining RTI Surgical for our fourth-quarter and year-end 2015 conference call. Today we will be hearing from Brian Hutchison, President and Chief Executive Officer; and Rob Jordheim, Executive Vice President and Chief Financial Officer.

Before we start, let me make the following disclosure about forward-looking statements. The earnings and other matters we will be discussing on this conference call will involve statements that are forward-looking. These statements are based on our management's current expectations, but they are subject to various risks and uncertainties associated with our lines of business and with the economic environment in general.

Our actual results may vary from any statements concerning our expectations about future events that are made during the course of this meeting, and we make no guarantees as to the accuracy of these statements. Accordingly, we urge you to consider all information about the Company, and not place undue reliance on these forward-looking statements.

Now I will turn the call over to Brian Hutchison.

BRIAN HUTCHISON, PRESIDENT AND CEO, RTI SURGICAL, INC.: Thank you, Wendy. Good morning, everyone, and thank you for joining us. We have a lot to cover this morning, as we reflect on a solid performance in 2015 and look forward to 2016. First, I will give you an overview of our 2015 performance, then Rob will discuss our financial results. As many of you saw in our press release, going forward in 2016 we will be reporting revenue on our business a little differently. Rob will go over the new revenue reporting structure, then I will go over our expectations for 2016.

As detailed in the press release we issued in January, and our press release issued this morning, we reported fourth-quarter revenues of $76.1 million, a 7% increase over the fourth quarter of 2014, and an 8% increase on a constant currency basis. We also reported fourth-quarter adjusted net income per fully diluted common share of $0.09, compared to adjusted net income per fully diluted common share of $0.05 in the fourth quarter of 2014.

For the full-year 2015, we achieved record revenues of $282.3 million, a 7% increase over the full year of 2014, and a 9% increase on a constant currency basis. For the full-year 2015, we reported adjusted net income per fully diluted common share of $0.23, compared to adjusted net income per fully diluted common share of $0.11 for the full-year 2014. This represents an increase of 109%.

At this point, I'm going to review the full year of 2015 for each of our lines of business in the way that we have historically covered them. Full-year spine revenue decreased 7% compared to full year of 2014. The decrease was driven by declines in our commercial business attributed to lower orders from some of our large customers. Momentum was strong in the fourth quarter for the US direct spine hardware, with a 25% sequential increase in average daily revenue over the third quarter of 2015.

So far in 2016, we are seeing that volume continue to pick up. Recall that in the third quarter of 2015, we made some changes in our sales leadership on our spine team, which attributed in part to the sequential growth in the fourth quarter. Additionally in the fourth quarter, we expanded the spine distribution team to include our first direct sales employees in areas where we do not have distributors. We will continue to expand this team over the course of 2016.

The strategy of leading with our best-in-class biologics and pulling through our high-quality hardware is working. Our direct spine team increased their biologic revenue, which is currently reported in the BGS/GO revenue line, more than 30% for the year.

Our sports business was flat compared to the full year of 2014. During the year, we started to see some mix shift towards lower-priced grafts due to trends in surgical technique, as well as shift to autograft in some regions due to changing healthcare dynamics.

To respond to these challenges in the marketplace, our sports team has sought expansion to penetrating new geographies. Additionally, the team will continue to seek development opportunities that would further enhance our current product portfolio. We feel strongly that our sports biologics portfolio is the best on the market, and our team is working diligently to expand our market share.

Full-year surgical specialties revenue decreased 13% compared to full-year 2014. This is due primarily to a decrease in revenue from our commercial distributor in the hernia and breast reconstruction markets, offset by growth in our direct surgical specialties. Our direct surgical specialties business had a record quarter in the fourth quarter of 2015, and we anticipate this momentum to continue into 2016. Full-year BGS general orthopedic revenues increased 15% compared to full-year 2014. The increase in revenue was due to strong growth for our US direct businesses, partially offset by declines in our international and commercial businesses.

We had excellent growth this year in our direct BGS/GO portfolio, specifically with our focused products of map3 cellular allogeneic bone grafts, and nanOss advanced bone graft substitutes.

Full-year dental revenues decreased (sic - see press release, "increase") 14% compared to 2014. The increase was due to higher-than-expected orders from our dental distributor. Full-year revenue for orthofixation increased 50% compared to the full year 2014. Both our commercial business and our direct cardiothoracic business did extremely well this year.

We experienced higher-than-expected orders from our commercial orthofixation distributors in 2015 primarily due to industry consolidation. The increase in our direct cardiothoracic business is due to continued sales expansion throughout the year, which we anticipate will continue in 2016.

At this point, Rob will provide some detail on our financial results.

ROB JORDHEIM, EVP AND CFO, RTI SURGICAL, INC.: Thank you, Brian. Worldwide revenue of $71.6 million in the fourth quarter increased 7.4% compared to the fourth quarter of 2014. Domestic revenue was $70.6 million for the fourth quarter compared to $65.4 million for the fourth quarter of 2014. International revenue, which includes exports and distribution from our German and Dutch facilities, was $5.5 million for the fourth quarter of 2015, which was comparable to the fourth quarter of 2014. On a constant currency basis, international revenue increased 11% over the fourth quarter of 2014.

Net income applicable to common shares for the fourth-quarter 2015 was $3.3 million, or $0.06 per fully diluted common share, based on 58.5 million fully diluted shares outstanding. This compares to net loss applicable to common shares for the fourth quarter of 2014 of $136,000 or $0.00 per fully diluted common share, based on 56.9 million fully diluted shares outstanding.

Case: 1:20-cv-01939 Document #: 66-5 Filed: 10/15/20 Page 4 of 14 PageID #:2546

Fourth-quarter 2015 included a pre-tax severance charge of $995,000, pre-tax settlement litigation charges of $804,000, and pre-tax asset abandonments of $814,000.

On an adjusted basis, excluding the previous-mentioned service charge, litigation, and settlement charges, and asset abandonments, the Company reported adjusted net income applicable to common shares of $5.1 million, and adjusted net income per fully diluted common share of $0.09 for the fourth quarter of 2015. This compares to adjusted net income applicable to common shares of $2.7 million and adjusted net income per fully diluted common share of $0.05 for the fourth quarter 2014.

The Company's fourth-quarter adjusted earnings before interest, taxes, depreciation, and amortization, or adjusted EBITDA, was $14.1 million or 18% of revenues for the fourth quarter of 2015. This compares to $10.2 million or 14% of revenues for the fourth quarter of 2014. Adjusted EBITDA growth for the fourth quarter of 2015 was 39% over the fourth quarter of 2014.

Gross margin for the fourth quarter of 2015 was 53%. Gross margin was relatively flat compared to the fourth quarter of 2014, primarily due to higher orders from our lower-margin commercial business.

During the quarter, marketing, general, and administrative expenses totaled $27.4 million, a decrease of 2.6% compared to the fourth quarter of 2014. The decrease was primarily due to lower compensation expenses resulting primarily from the corporate reorganization to flatten our organizational structure in 2014.

Research and development expenses totaled $3.6 million, a decrease of $565,000 or 13.7% lower than the fourth quarter of 2014. The decrease was primarily due to lower research study related expenses.

During the quarter, we continued to control operating expenses, and delivered an operating margin of 8.9%. Excluding the asset abandonments, litigation settlement charges, and severance charges, adjusted operating margin for the fourth quarter of 2015 was 12.3%.

Our tax rate for the fourth quarter of 2015 was 34.3% compared to 17.3% in the fourth quarter of 2014. The tax benefit of the 2014 and 2015 research tax credits were both fully recognized in the fourth quarters of 2014 and 2015, respectively. However, due to higher profitability in the fourth quarter of 2015, the tax benefit from the research tax credit had significantly less impact on our effective tax rate as compared to the fourth quarter of 2014.

Turning to the balance sheet, our cash position at the end of the fourth quarter was $12.6 million compared to $15.7 million at the end of 2014. The decrease was primarily due to increased payments to vendors and principal payments on long-term debt obligations.

For 2016, we anticipate being cash flow positive from operations. We are confident that with current cash balances and available debt, we had adequate liquidity to support our future operations and meet our financing obligations. Working capital at the end of the fourth quarter totaled $131.8 million, a decrease of $1.7 million compared to working capital at the end of December 31, 2014.

During the fourth quarter, the Company made the fourth quarterly principal payment of $1.1 million on the $60 million term loan. At the end of the fourth quarter, we had $79.6 million of debt and approximately $6.4 million available under our revolving credit facilities.

In order to provide better clarity on our revenue performance, we are adjusting the way we report revenue going forward. We will now be reporting our direct revenues and commercial revenues separately. In our direct business we will be breaking out our revenue into the following components: spine, which will include US revenues from spine hardware, as well as BGS/GO products, including the previously mentioned focused products of map3 and nanOss, distributed into the US spine marketplace.

Sports and orthopedics, which will include US sports tissue-based implants as well as BGS/GO products, including map3, distributed in the US sports and orthopedic marketplace.

Surgical specialties, which will include all surgical mesh products distributed into the US hernia and breast reconstruction marketplace. Cardiothoracic, formerly included in the orthofixation revenue line, which will include products distributed into the US sternal closure marketplace. And, finally, international, which will encompass all products distributed through our direct efforts outside of the US.

In this new revenue reporting structure, the BGS/GO line items will no longer be reported separately. They will now be reflected in the above-mentioned spine and sports and orthopedic revenue numbers. In addition to the changes in the direct revenue reporting, we will also consolidate the commercial business into one global revenue line. We believe that these changes will facilitate a better understanding of our business, and align more closely with the end markets in which we compete.

To reflect on the full-year 2015 in the new revenue reporting structure, the worldwide direct business grew 7% overall, with 11% growth in spine, 4% growth in sports and orthopedics, 86% growth in surgical specialties, and 24% growth in cardiothoracic. This was partially offset by a 10% decline in the international business.

Full-year 2015 the worldwide commercial business grew 7%, with strong growth in orthofixation and dental, primarily due to higher order volumes, which we believe can be attributed to consolidation among our commercial customers in the year.

For convenience, in the press release issued this morning we have to both the traditional and new revenue formats. In addition, we have posted on our website, www.rtix.com, both revenue formats for each of 2015, 2014, and 2013 to facilitate historical comparisons.

With that, I will turn the call back over to Brian.

BRIAN HUTCHISON: Thanks, Rob. For those of you who have followed the history of RTI, you'll recall that we embarked on a strategic plan almost 5 years ago to invest in our direct business, as well as diversify and broaden our implant portfolios, spine and orthopedics. We knew that we needed to establish a direct spine channel for our map3 allograft. And we knew we need to broaden our portfolio to include metals and synthetics to prepare for long-term growth in the changing healthcare markets.

While it's vital and necessary part of our strategy, the commercial business, specifically the tissue-based implants, is historically very lumpy, as many of you know. We do not expect that to change. We will continue to maximize each of our commercial relationships that we have while, at the same time, grow our direct business to increase profitability and improve predictability in our business.

The ratio of commercial business to direct business has changed significantly over the years, and we expect to make even more progress in the coming years. Five years ago, our direct business contributed less than 40% of our total revenue. Today, the direct businesses contribute around 50% of our total revenue. And, long-term, we expect the direct business to contribute more than 60% of our total revenue.

Through the plan to grow our direct business came the acquisition of Pioneer Surgical Technologies in 2013. Over the past 2 1/2 years, we've seen steady progress in building this direct business. And we foresee continued success in driving growth in revenues, as well as having steady improvements in our profitability and cash flow, long-term.

We have been talking about our pathway to $500 million in revenues over the past year. Hitting that milestone in revenue is something we are working towards. However, while we grow the revenue -- while growing the revenue is important, it is -- a critical component of this pathway is to grow in the right areas as well as maintain disciplined cost controls that will drive the improvements in our gross margins and our operating income.

Case: 1:20-cv-01939 Document #: 66-5 Filed: 10/15/20 Page 7 of 14 PageID #:2549

For our long-term goal, we anticipate reaching gross margins around 60%, and operating income approaching 20% of total revenue. Those metrics are key to a healthy, profitable growth in our Company.

So how are we doing on our pathway to $500 million? If we look at the metrics that we laid out -- base biologics, hardware, and focused products -- we see base biologics declined by 3% overall due to declines in commercial biologics revenue. However, [in direct] biologics revenue increased 3%.

In the key growth area of hardware, revenue grew 22%. And our focused products of map3 cellular allograft and nanOss advanced bone graft substitutes and Fortiva porcine dermis grew 48%, with balanced growth and all three product areas.

As we have said, we do not expect our pathway to be linear. In any long-term plan, there are external market shifts and changing dynamics that every business must react to. While we have a long-term goal, we will remain flexible to react to changes and changing market dynamics, and take advantage of opportunities as they arise.

One important change this year is expanding our focused products to include the entire direct surgical specialties line: Fortiva porcine dermis, Fortiva human dermis, Tutomesh and Tutopatch bovine pericardium. In the course of 2015, regulatory activities related to the use of porcine dermis in the breast reconstruction market altered the growth trajectory of Fortiva in the US, and switched the opportunity to Cortiva allograft dermis implants.

Because RTI is the only company that has a full portfolio of biologic surgical specialties implants, we were able to quickly adapt to the change in the market, and meet the needs of our surgeons and their patients. In the US, our Cortiva allograft dermis grew dramatically in the second half of 2015. Therefore, it makes sense to reflect our entire surgical specialties portfolio as a growth driver in our focused products.

Over the long-term window, additional product launches will also play a role in the growth of the Company. In 2016, we anticipate a number of product launches, primarily for our direct spine business, that will help drive growth over the next few years.

As just one example, last week we announced an agreement with Oxford Performance Materials, a pioneer in advanced materials and 3D printing for biomedical applications. The agreement grants RTI an exclusive license to OPM's OsteoFab technology platform for spinal applications in all US markets. The OsteoFab process and the OXPEKK polymer material combined to create implants that are designed to enable bone on growth. The OXPEKK biocompatible material is a strong, pure, radiolucent, hydrophilic, load-bearing material which boasts a successful history in orthopedic implant applications.

Case: 1:20-cv-01939 Document #: 66-5 Filed: 10/15/20 Page 8 of 14 PageID #:2550

With this agreement, we can begin product development, and we anticipate launching products in 2017. This will be an exciting, innovative material, and it will be a nice addition to our current portfolio.

Additionally, as many of you saw in our press release, we will be spending an incremental $1.4 million in 2016 on our long-term bovine tendon projects. We are excited to announce that our investigator team is in place. And we expect our first human implantation in the EU in the first half of 2016, pending Ethical Committee reviews. As we have discussed before, this is an exciting project that could revolutionize treatment for ligament reconstruction.

Preclinical data from animal studies, as well as bench testing performed by our independent researchers, has produced compelling results for strength and safety of this graft. This is a large and growing market, and this will be the first product that will have level I clinical data. We will keep you updated on this project as we have more to report.

Turning to guidance, in our press release issued this morning, we have outlined expectations for revenue and EPS for the first quarter and full year of 2016. For the first quarter of 2016, we expect revenues to be between $65 million and $66 million. This would result in a 4% decrease in revenues compared to Q1 at the midpoint of our guidance. The decrease is due to low-double-digit declines in our commercial distributors and -- commercial and other businesses, partially offset by high-single-digit growth in our direct business for the first quarter.

In addition, in the first quarter of 2015 we recorded a $1.5 million nonrecurring acceleration of deferred revenue related to the loss of exclusivity at one of our distribution customers. We expect net income per fully diluted common share for the first quarter of 2016 to be approximately $0.03, based on 59 million fully diluted common shares outstanding.

We expect full-year revenues to be between $280 million and $290 million. This would result in an increase of 1% year-over-year at the midpoint of our guidance, compared to 2015. We expect full-year revenue from our direct business to be between $156 million to $160 million, representing growth in the mid-teens over the full year of 2015 at the midpoint.

We expect full-year revenue from our commercial and other businesses to be between $124 million to $130 million, representing a decline in low double digits at the midpoint. The primary reason for this decline is that we do not expect the benefits that we experienced in 2015 from the consolidation of some of our commercial customers to continue into 2016.

Full-year net income per fully diluted common share is expected to be in the range of $0.18 to $0.21, based on 59.8 million fully diluted common shares outstanding. As mentioned previously,

we expect to invest in incremental $1.4 million, or $0.02 per fully diluted common share, to fund our bovine tendon program.

We hope to see some of you this quarter. We will be presenting at the Canaccord Musculoskeletal Conference on March 1 in Orlando. And we will be at the American Academy of Orthopedic Surgeons, March 2 through March 4.

At this time, let's take questions. Liz?

Questions and Answers

OPERATOR: (Operator Instructions). Matt Hewitt, Craig-Hallum Capital Group.

MATT HEWITT, ANALYST, CRAIG-HALLUM CAPITAL GROUP: Congratulations on the strong finish to the year.

BRIAN HUTCHISON: Thank you.

MATT HEWITT: First one: traditionally you provided guidance for the revenue segments. Is that -- with the change, is that not going to occur this quarter?

BRIAN HUTCHISON: Matt, that's correct. Right now, we're going to give guidance for the total business for the quarter and the year. We're just switching to this new format, so I think we need to wait and see how this works.

MATT HEWITT: Okay, fair enough. Secondly, and you touched on this a little bit, it's basically flat -- we'll call -- the 1% growth year-over-year. Some of that is coming from the commercial side. But as you look at the year -- and particularly these new segments, some of the new opportunities that you are seeing -- where are there opportunities for you to see some nice growth this year? I would assume, obviously, the focused products are still a hot area. Do you think that picks up in the back half of the year? That's essentially what the guidance is implying.

BRIAN HUTCHISON: That is how the year is based. We've been converting hospitals and reps and surgeons and distributors using the focused products as the driver. And sometimes it takes a while. If a distributor is at multiple hospitals, sometimes they bring them on one at a time, to get through all the committees that they have to go through these days inside hospitals. So, we expect to build momentum all year long.

MATT HEWITT: Okay, great. One last one for me. Regarding the R&D spend, the $1.4 million incremental, is that off of the 2015 base? So, is $15.1 million in 2015, add the $1.4 million, I would

assume that there's some growth in addition beyond that $1.4 million. I'm just trying to get a sense for what we should be anticipating for -- a good number for 2016 for R&D.

ROB JORDHEIM: Yes, Matt, this is Rob. That's correct. The $1.4 million is fully incremental off the base of 2015 in R&D. There's also some additional clinical spend in areas -- for instance, map3, where we are going to be generating some clinical data there to support the product. So R&D is going to be a bigger investment in 2016; and, frankly, beyond, as we pursue the xenotendon project.

Having said that, as a percentage of revenue, I would expect that to tick up a little bit from where we are in 2015, closer to more to the 6% to 6.5% of revenue.

MATT HEWITT: That's very helpful. Thank you.

OPERATOR: Chris Cooley, Stephens.

CHRIS COOLEY, ANALYST, STEPHENS INC.: Just two for me, and I'll get back in queue. I appreciate the shift or the pivot here to focus more on direct versus commercial, and like that revenue breakout. But was curious if you could just give us some additional color as to why not breaking out the focused products as well. Or maybe into the new format will be addressing that in verbally on the calls. Just would like to get a little bit more color around that.

Then just as a follow-up, I want to make sure I'm getting the comparators correct there. You mentioned that you'd be adding, of course, to surgical specialties and others, like Tutomesh, Tutopatch and the bovine pericardium in the future, to that.

So I just want to make sure when we're thinking about the growth statistics that we're seeing here, will that be the traditional map3, nanOss, and Fortiva that we were all thinking about, plus that, on a go-forward basis? Just help me reconcile. Thanks so much.

BRIAN HUTCHISON: This is Brian. I'll start and I'll let Rob finish up. So, Chris, you're on top of a topic that we talked about quite a bit, which is the focused products. And we will break it out verbally on our calls and in our investor meetings the way we have talked about it. And we will try to be extremely consistent, so when we report growth year-over-year, it will include -- it will be apples to apples. So they will include all the surgical specialties in the history, as well as going forward.

So we're going to talk about the focused products today would still be what I would describe as three things. It is still map3, which is sold only through our direct salesforce; and it is both in spine and sports, primarily foot and ankle. But it's also being used in orthopedic revision cases. It's being used in many areas of the body today.

And then it will also include nanOss, which is primarily sold -- it is entirely sold through our US direct salesforces today. It will also cross into international as the number of market approvals for nanOss. And then we will also having their -- our surgical specialties category, that is our direct US -- it's our direct business only. So that will be included, as well.

And we will try making it as clear as we can, apples to apples, but you are still on spot. That is really a key to our growth, on our rapid growth and our improved profitability. Because all those products come with higher margins and much higher growth rates.

CHRIS COOLEY: I was just going to see if I can squeeze one additional question in, just for clarification. Rob, I think in your prepared remarks, you mentioned $1.5 million of accelerated recognition of revenue in the 1Q. Could you give us some more color around that agreement? And then how much is assumed for the full year in the guidance? Is it just the $1.5 million in the quarter, or does that have a continuation?

ROB JORDHEIM: Yes. The $1.5 million was in 2014, Chris.

CHRIS COOLEY: Okay.

ROB JORDHEIM: Or, excuse me, 2015.

CHRIS COOLEY: (multiple speakers) Okay, I misunderstood. My apologies.

ROB JORDHEIM: Okay, fair enough.

CHRIS COOLEY: Thanks.

BRIAN HUTCHISON: Did we answer the other question that you had, Chris?

CHRIS COOLEY: You did. Thanks.

OPERATOR: Michael Rich, Raymond James.

MICHAEL RICH, ANALYST, RAYMOND JAMES & ASSOCIATES: A couple quick ones here. Can you give us an idea what's assumed in the guidance for gross margin?

ROB JORDHEIM: The assumption for gross margin is mid-50s. As we've stated on previous calls, our goal over the long-term is to get our margins to get up to approaching 60%. So over that period,

we would expect to step up. So we will see a step-up in 2016 over 2015, as we get to that 60% over the long-term.

MICHAEL RICH: Okay. And then can you give us an idea? I realized the guidance implies a decline in the commercial business. But is that more of a one-year blip, as you anniversary some things? Or is that expected to be a continued decline after 2016?

BRIAN HUTCHISON: No, I would tell you, if you took the base year of 2014, when we created this multi-year plan, and you applied a 1% to 2% annual growth rate to commercial, over that 5- to 6-year window you'd be where you need to be. The difficulty from 2015 and 2016 is -- 2015, we grew 7%. We got wind in our sails, if you will, from the consolidation of some big players at our customers. And so, we benefited by basically inventory pipeline fill.

This year, we expect to decline because we won't see those orders come in this year. So we expect, right now, a decline for this year. And then it will normalize. So we expect it to grow, and we still expect that we will be back on pace to take that business where it should ultimately go.

So, we still have the partnerships; we're still adding partnerships; and we're still developing new products with many of the partners. So, we're not going away from any of them. We're just trying to focus our growth on other areas where we can get predictability and visibility. We will maintain the commercial relationships where they all make sense.

MICHAEL RICH: Got it. And then just looking at the guidance for the direct growth, it looks like that's going to be pretty strong again in 2016. But given that you're not breaking out the segment-specific guidance, can you maybe point to maybe the top one or two areas of that growth in 2016?

BRIAN HUTCHISON: Yes, I think when you look at the growth in the direct business, the direct business is, as we said, going to grow in the midteens, or expecting to grow in the mid-teens. And it's really pretty balanced growth. I would say we're looking for spine to perform well in 2016. And then, as you'll see in our new revenue reporting, and be able to see cardiothoracic and you'll be able to see direct surgical specialties. All are going to grow well above 20%, 30%.

MICHAEL RICH: Okay. Great. Thank you for taking the questions.

OPERATOR: And I'm showing no further questions in queue at this time.

I'd like to turn the call back to Mr. Hutchison for closing remarks.

BRIAN HUTCHISON: Thank you for joining us on this call. We look forward to seeing many of you over the next few months, and we will chat with you again in 90 days.

OPERATOR: Ladies and gentlemen, thank you for your participation in today's conference. This concludes the program, and you may now disconnect. Everyone, have a great day.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

[Copyright: Content copyright 2016 Thomson Financial. ALL RIGHTS RESERVED. Electronic format, layout and metadata, copyright 2016 ASC LLC (www.ascllc.net) ALL RIGHTS RESERVED. No license is granted to the user of this material other than for research. User may not reproduce or redistribute the material except for user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Thomson Financial's or ASC's copyright or other proprietary rights or interests in the material; provided, however, that members of the news media may redistribute limited portions (less than 250 words) of this material without a specific license from Thomson Financial and ASC so long as they provide conspicuous attribution to Thomson Financial and ASC as the originators and copyright holders of such material. This is not a legal transcript for purposes of litigation.]

**---- Index References ----**

Company: CRAIG HALLUM CAPITAL GROUP LLC; OXFORD PERFORMANCE MATERIALS INC; PIONEER SURGICAL TECHNOLOGY INC; REFINITIV US LLC; RTI SURGICAL INC; RAYMOND JAMES AND ASSOCIATES INC; STEPHENS INC

News Subject: (Business Management (1BU42); Corporate Events (1CR05); Corporate Financial Data (1XO59); Corporate Performance (1XO12); Earnings Calls (1EA37); Equity Instruments (1EQ90); Financial Earnings Releases (1FI86); Funding Instruments (1FU41); Market Share (1MA91); Meeting Announcements (1ME17); Sales & Marketing (1MA51); Shares Outstanding (1SH21))

Industry: (Financial Services (1FI37); Healthcare (1HE06); Investment Management (1IN34); Medical Devices (1ME31); Orthopedic Devices & Instrumentation (1OR11); Press Releases (1PR19); Securities Investment (1SE57); Stocks (1EQ09))

Language: EN

Other Indexing: (ASC LLC) (Michael Rich; Brian Hutchison; MATT HEWITT; D. ROB JORDHEIM; Rob Jordheim; Chris Cooley; Wendy Crites Wacker)

Word Count: 5303

---

**End of Document**                                                                © 2020 Thomson Reuters. No claim to original U.S. Government Works.

