Case: 1:20-cv-01939 Document #: 66-9 Filed: 10/15/20 Page 1 of 13 PageID #:2589

**News**Room

7/27/16 FD (Fair Disclosure) Wire 11:30:00

FD (Fair Disclosure) Wire
Copyright (c) 2016 CCBN, Inc. and CQ Roll Call

July 27, 2016

Q2 2016 RTI Surgical Inc Earnings Call - Final

Presentation

OPERATOR: Good morning, ladies and gentlemen, and welcome to the RTIX second-quarter 2016 earnings conference call. At this time, all participants are in a listen-only mode. Later we will conduct the question and answer session, and instructions will be given at that time. (Operator Instructions) As a reminder, this conference call is being recorded.

I would now like to turn the conference over to your host for today, Wendy Crites Wacker, Vice President of Global Communications. You may begin.

WENDY CRITES WACKER, VP, GLOBAL COMMUNICATIONS, RTI SURGICAL, INC.: Good morning, everyone, and thank you for joining RTI Surgical for our second-quarter 2016 conference call. Today we will hear from Brian Hutchison, President and Chief Executive Officer, and Rob Jordheim, Executive Vice President and Chief Financial Officer.

Before we start, let me make the following disclosure about forward-looking statements. The earnings and other matters we will be discussing on this conference call will involve statements that are forward-looking. These statements are based on our management's current expectations, but they are subject to various risks and uncertainties associated with our lines of business and with the economic environment in general. Our actual results may vary from any statements concerning our expectations about future events that are made during the course of this meeting, and we make no guarantees as to the accuracy of these statements.

Accordingly, we urge you to consider all information about the Company and not to place undue reliance on these forward-looking statements.

During the call, we will also present certain financial information on a non-GAAP basis. Management believes that non-GAAP financial measures taken in conjunction with US GAAP financial measures provide useful information for both management and investors by excluding certain non-cash and other expenses that are not indicative of our core operating results.

Management uses non-GAAP measures to compare our performance relative to forecast and strategic plans to benchmark our performance externally against competitors and for certain compensation decisions. Reconciliations between US GAAP and non-GAAP results are presented in tables accompanying our earnings release, which can be found in the Investor Relations section of our website.

Now I will turn the call over to Brian Hutchison.

BRIAN HUTCHISON, PRESIDENT AND CEO, RTI SURGICAL, INC.: Good morning, everyone. Thank you for joining us. I will start with a few key takeaways for the quarter.

First, as detailed in the press release issued this morning, we reported second-quarter revenue of $67.6 million, a 6% decrease compared to second-quarter 2015, but exceeding Company guidance of $66 million to $67 million.

We also reported second-quarter net loss per fully diluted common share of $0.05.

On an adjusted basis, excluding other charges, we reported net loss per fully diluted common share was $0.00.

Second, we saw continued strong performance from our direct business with growth of 16% compared to second quarter last year. This growth was offset by larger than expected declines in our commercial business, due to lower orders associated with the consolidation among some of our commercial distributors.

Additionally, the reduced outlook for our commercial business for the remainder of the year required a slowdown in manufacturing production, resulting in a lower than expected gross margin which negatively impacted our EPS for the quarter, but positively impacted our cash flow.

Finally, we announced in our press release that management and the Board of Directors are launching a comprehensive, strategic review of our business lines and operations. I will talk more about this later in the call.

At this point, I will review performance for each of our lines of business with the global direct business -- within the global direct business. Second-quarter direct US spine revenue increased

25% compared to second-quarter 2015. Our direct spine business continues to show excellent growth in revenue, distributors and surgeon users.

In the past year, our direct spine team increased its distribution relationships by 36% since second-quarter 2015.

Additionally, surgeon users increased 33% in Q2 compared to Q2 2015. During the second quarter, the spine direct team had record revenues of map3 allograft and nanOss advanced bone graft substitutes and achieved double-digit increase in hardware revenue compared to second-quarter 2015.

Our US direct sports and orthopedic business decreased 2% compared to second-quarter 2015. Our customer base remains stable and pricing remains steady, but we have seen revenue pressure from a continued move to autograft within each account. Growth in cartilage and map3 allografts helped offset the general move to autograft. The distribution team continues to focus on recent contract wins and improve distribution coverage as a way to bring on more new customers.

Our sports and orthopedics team is gaining momentum with map3 allograft with revenue more than tripling in Q2 2016 compared to Q2 2015.

Surgeons are excited about the clinical results they are seeing driving higher utilization and customer acquisition.

Second-quarter surgical specialties revenue for the US direct business increased 17% compared to second-quarter 2015. Four new experienced direct representatives were added in the quarter in areas strategically selected based on favorable contract access.

Expansion will continue in areas where favorable access as we work towards growing our customer base. Surgeons have told us they are pleased with both the quality of our implants and the early results they are seeing.

Our Cortiva allograft dermis was part of a retrospective study recently published in Plastic and Reconstructive Surgery Global Online Journal. The peer-reviewed multi-center study conducted at Emory University in Atlanta Northside Hospital was an independent five-year review of two acellular dermal matrices in breast reconstruction, Cortiva allograft dermis and AlloDerm RTM. While Cortiva allograft dermis had a more challenging patient cohort, statistically higher BMIs and patient age, this series has shown that Cortiva allograft dermis as an equivalent complication frequency to AlloDerm RTM.

Second-quarter revenue for our US direct cardiothoracic business increased 31% compared to second-quarter 2015. This team has now achieved eight consecutive quarters of record revenue.

Revenues from our Tritium SCP system grew 75% in the second-quarter 2016 compared to second-quarter 2015. Strategic expansion of the sales force continues to drive growth, an increase in focus on Tritium and Tutopatch ECM is driving higher ASPs per procedure.

Second-quarter revenue, our direct international business increased 27% compared to second-quarter 2015 or 25% on a constant currency basis compared to the same period last year.

International growth year-over-year was seen in all three international regions of Asia-Pacific, EMEA and Latin America. New distributors across Asia-Pacific, as well as continued market execution in the EMEA and Latin America markets, fueled the growth.

To wrap up the direct portion of our business, our focused products of map3 allograft, nanOss advanced bone graft substitute, and US direct surgical specialties portfolio, grew 54% with strong growth for our map3 allograft and nanOss products, helped by moderate growth in the surgical specialties area.

With regard to our map3 allograft, we announced earlier this week that the Journal of Tissue Engineering recently published a peer-reviewed preclinical study comparing multi-potent adult progenitor cells to mesenchymal stem cells.

The preclinical study used similar materials to the proprietary patented map3 technology used in our RTI's map3 allograft. The study is the first peer-reviewed, published, preclinical study comparing MAPCs to MSCs in bone healing. Results demonstrate that MAPCs exhibited a more robust, angiogenic, protein release profile compared to MSCs in vitro.

In addition, MAPCs demonstrated enhanced revascularization and bone formation in vivo in orthopedic defect model when compared to MSCs when placed on a DVM scalpel.

At this point, I will turn it over to Rob to provide additional details on the financials.

ROB JORDHEIM, EVP AND CFO, RTI SURGICAL, INC.: Thank you, Brian. Worldwide revenue of $67.6 million for the second quarter of 2016 decreased 6% as compared to the second quarter of 2015. Direct revenue of $39.6 million for the second quarter of 2016 increased 16% compared to the second quarter of 2015 due to double-digit growth in the spine, surgical specialties, cardiothoracic, and international business lines, partially offset by a slight decline in sports.

Global commercial revenue of $24.8 million for the second quarter of 2016 decreased 27% compared to the second quarter of 2015 due to lower orders from certain commercial distributors, primarily in the spine, trauma, and dental markets.

Domestic revenue of $61 million for the second quarter of 2016 decreased 8% compared to the second quarter of 2015, due to lower orders in the global commercial business, primarily in the spine, trauma and dental markets, partially offset by strong growth in the domestics (inaudible) business.

International revenue of $6.6 million, which includes direct and commercial exports and distribution from our German and Dutch facilities for the second quarter of 2016, increased 18% compared to the second quarter of 2015.

On a constant currency basis, international revenue for the second quarter of 2016 increased 16% compared to the second quarter of 2015.

Net loss applicable to common shares for the second quarter of 2016 was $3.2 million or $0.05 per fully diluted common share based on $58.2 million fully diluted shares outstanding. This compares to net income applicable to common shares of $2.7 million or $0.05 per fully diluted common share based on 58.8 million fully diluted shares outstanding for the second quarter of 2015.

Included in net loss applicable to common shares for the second quarter of 2016 is $4.2 million of pretax expense associated with our proxy contest, restructuring charges and severance charges. Excluding these charges, adjusted net loss applicable to common shares for the second quarter of 2016 was $209,000 or $0.00 per fully diluted common share based on 58.2 million fully diluted shares outstanding.

The Company's second-quarter adjusted earnings before interest, taxes, depreciation, and amortization, or adjusted EBITDA, was $6.4 million or 10% of revenues for the second quarter of 2016. This compares to $10.8 million or 15% of revenues for the second quarter of 2015.

Gross margin for the second quarter of 2016 was 50% compared to 52% for the second quarter of 2015. The lower gross margin in the second quarter of 2016 was primarily due to lower production output, driven by a reduced outlook for the global commercial business.

During the quarter, marketing, general, and administrative expenses totaled $28.4 million, an increase of $1 million or 4% compared to the second quarter of 2015. The increase was primarily due to higher variable compensation and distributor commission expenses on direct revenue distributions. Research and development expenses totaled $4.1 million, which is comparable to the second quarter of 2015.

Case: 1:20-cv-01939 Document #: 66-9 Filed: 10/15/20 Page 6 of 13 PageID #:2594

Operating loss for the second quarter of 2016 was $2.7 million compared to operating income of $5.7 million for the second quarter of 2015. Excluding the $4.2 million of proxy contest expense, restructuring charges, and severance charges, operating income in the second quarter of 2016 was $1.5 million or 2% of revenue.

Our tax rate for the second quarter of 2016 was 27% benefit compared to 35% provision in the second quarter of 2015. Our comparative income tax benefit rate was lower due to the recording of restructuring charges with no realized tax benefit.

Turning to the balance sheet, our cash position at the end of the second quarter was $12.8 million, an increase of $1 million from the first quarter of 2016. During the second quarter of 2016, the Company increased its maximum revolving credit amount from $30 million to $45 million.

For 2016, we anticipate being cash flow positive from operations. We are confident that with current cash balance and available debt, we have adequate liquidity to support our future operations and meet our financing obligations.

Working capital at the end of the second-quarter 2016 totaled $128 million, a decrease of $3.1 million compared to the working capital at the end of 2015.

During the second quarter, the Company made a quarterly principal payment of $1.1 million on the $60 million term loan. At the end of the second quarter, we had $77.2 million of debt and approximately $21.2 million available under our revolving credit facilities.

With that, I will turn the call back over to Brian.

BRIAN HUTCHISON: Thanks, Rob. This past May, at our April shareholders meeting, our shareholders elected a significantly refreshed Board of Directors. During the weeks leading up to that meeting, we had an opportunity to talk to many of our shareholders about the strategic direction of the Company, and we value the insights and feedback we received.

At this time, the management and the Board of Directors of RTI are launching a comprehensive strategic review of the Company's business lines and operations to identify additional opportunities to increase shareholder value. We intend to engage a management consulting firm to assist with this review.

Over many years, we have pursued an aggressive and transformational strategy to grow the Company and improve profitability. We have made extensive investments in our high-margin direct businesses and broadened the implant portfolio to include metals and synthetics while

controlling our operating costs. The results of this strategy have been encouraging, but we remain focused on exploring new opportunities to grow our Company and enhance performance. The strategic review on which we are embarking is a logical next step to look for additional ways to adapt our changing industry and healthcare paradigm so that we can generate increased value for stockholders. No timetable has been set for the completion of the review, and there is no assurance that any specific actions will result from this review. We will give updates as information becomes available.

At this time, let's open up for questions. Sonia?

Questions and Answers

OPERATOR: (Operator Instructions) Matt Hewitt, Craig Hallum.

MATT HEWITT, ANALYST, CRAIG-HALLUM CAPITAL GROUP: Just a few questions for me. First one, regarding the commercial business, is it one partner that you are having some issues with or is it a couple of them?

ROB JORDHEIM: It is actually -- it is primarily one partner. It is our commercial distributor in the trauma and dental businesses. With the major acquisitions made last year by this particular commercial partner, the 2015 inventory balance, they ordered a lot of product from us in anticipation of sell-through opportunities or cross-selling opportunities. Those cross-selling opportunities have been slower than expected to materialize. So net net in 2015, the orders were higher than they probably should have been, and we are feeling the impact of that in 2016.

MATT HEWITT: So I guess a follow-up to that would be, how long do you anticipate it will take to utilize that excess inventory? I mean, is this going to linger into 2017 as you look at it today, or do you think that we get through this year and then they will return to a more normal ordering pattern?

ROB JORDHEIM: I think it is going to be the latter. We have been told that these cross-selling opportunities are expected to materialize late 2016 and early 2017. So I think we are at a steady rate now, and we should be expect to grow out that next year.

BRIAN HUTCHISON: This is Brian. The primary reason we changed our forecast was we have been given updates from them twice in the past several months and the last update came in June, and it indicates just what Rob just said. They expect that it will be over this year, but as we said we will keep giving you updates. We don't have visibility to their inventory. We just -- we have to listen to what their people tell us about what they have and the pace at which it is moving.

MATT HEWITT: Okay. Thank you. And then, regarding the strategic review, what options are on the table? What is off the table? I mean, is this something where you would consider divesting products or product lines or maybe acquiring new products or product lines? I'm just trying to get a sense for the scope of this review.

BRIAN HUTCHISON: We are really early in the beginning of this. We are just launching this now.

So the answer to your question is, nothing is off the table. So all lines of business, all segments will be reviewed. Everything will get a top to bottom review, and it will be in combination with management, board and any outside management consultant once they are selected.

MATT HEWITT: All right. And then one last one for me, and then I will hop off. You had set out some -- I wouldn't even call them aggressive goals. But you had set out some nice targets for double-digit revenue growth, 60% gross margins, 20% operating margins. Given the current situation, are those still on the table, and/or how should we think about those targets given the current state? Thank you.

BRIAN HUTCHISON: Well, with the new board and this would be our normal time to revisit our strategic plan anyway as a management team with the new board, we're going to be engaging with them as well as the sell-side group. So I would suggest that we will revisit those objectives as well, although I can tell you that the board still believes that it needs to provide a company that returns value to shareholders and the way we had aligned it before were a good set of goals, but I'm going to tell you that we have to re-look at everything, including those.

MATT HEWITT: Okay. Great.

OPERATOR: Jayson Bedford, Raymond James.

JAYSON BEDFORD, ANALYST, RAYMOND JAMES & ASSOCIATES, INC.: Thanks for taking the questions. Just a few. And I apologize if I missed this, but did you guys give third-quarter guidance?

ROB JORDHEIM: Yes, we did. If you look at our earnings release that went out this morning, you will see the guidance in there for the full year.

BRIAN HUTCHISON: Full year. We do not give third quarter.

ROB JORDHEIM: Yes. We did not give -- we suspended giving quarterly guidance, primarily due to the fact of the variability of the commercial business. But we did give full-year guidance. The full-year guidance revenue for 2016 is now $274 million to $280 million.

JAYSON BEDFORD: Yes. I got that, Rob. That's fine. I just -- I thought I had missed third quarter. Okay.

In terms of the gross margin, I understand the explanation. Was price a factor at all? Have you seen any erosion in user pricing?

BRIAN HUTCHISON: No, we really haven't seen much erosion. What we suffered from in the second quarter here is, we basically lost a point of margin due to unfavorable mix. The direct business or the commercial business actually came in a little bit stronger than we expected in the second quarter, and obviously the commercial business carries much lower gross margins than the direct business. And then we lost roughly 2 points of margin due to the manufacturing variances as we stated in the earnings release that, due to the commercial outlook, we have slowed manufacturing in three of our plants because of that.

JAYSON BEDFORD: Okay. And what does gross margin look like for the whole year, then?

ROB JORDHEIM: I would say we are going to be somewhere in that -- somewhere between the low to mid 50s%.

JAYSON BEDFORD: Okay. And then, in terms of focused products, can you just give us an idea how big are they in terms of percentage of the overall revenue pie?

ROB JORDHEIM: Focused products, they run roughly about 10% of our total revenue.

JAYSON BEDFORD: Okay. And then, the strategic review, you are hiring a consultant, correct? Not an investment bank. I wasn't clear there.

BRIAN HUTCHISON: Yes, you are correct. It is a management consulting firm, not an investment bank.

JAYSON BEDFORD: Okay. And then, finally, you mentioned, I think, in the last couple of quarters within the sports business, the move to allograft. What kind of stops that trend?

BRIAN HUTCHISON: Well, this is a cycle I have seen a number of times while I have been here, and what generally stops it is surgeons see results they don't like, especially on revisions. And they want to start to use allograft for more and more cases that they -- in other words, they want it to be surgeon preference on an individual patient by patient call.

What is different about this time is, with the changes in healthcare economics, the changes in a lot of surgeons now being employees of hospitals, they are less inclined to push back on what administration wants. So it is taking longer. I still believe that the outcome will be similar in that the surgeons will ultimately decide what is best for each patient, which is ultimately, I think, what all of us want. So that is where we're going to have to keep working at this until we see it change, and what we are going to be doing in the meantime is adding representatives and adding new accounts.

JAYSON BEDFORD: Okay. Thanks. I will get back in queue.

OPERATOR: Chris Cooley, Stephens.

CHRIS COOLEY, ANALYST, STEPHENS, INC.: Thank you for taking the questions. Just two for me. First, maybe just a follow-on to Jayson's comments when we think about the sports business there. I know you have seen this several cycles now, Brian, as you just mentioned, but do you think we are effectively there at the bottom in terms of that so we can start to see the pull through from map3 and the cartilage products really starting to drive growth there versus this pressure that we have seen from the shift to allograft?

And then, just quickly on the balance sheet. I guess we can (technical difficulty) over to Rob. And then, just kind of looking at this on the fly here obviously this morning, but it does look like you continue to have this build obviously on the inventory side (technical difficulty), which has led to the slowdown in manufacturing. What do you think about from a cash flow perspective that that is impacting the business here in the back half of the year? So when we think about cash flow going forward -- I notice you don't have guidance yet for 2017 -- but how that can potentially convert and be a positive in the out year? Thanks.

ROB JORDHEIM: I will take the inventory question, and then Brian will answer the sports question. On the inventory side, we did see a little bit of growth between the end of the year and where we are right now. But I will tell you, inventory is a very large focus for us for the remainder of the year. If you look at our financial results for Q2, we did slow the plants, which obviously impacted the gross margin rather than build a bunch of inventory that was not going to be sold.

So, again, we are focusing on inventory, and the main focus behind that is to improve our cash flow situation. That is another big goal for the Company is to increase free cash flow. So what we are doing right now is in line with those goals. Hopefully, that answers your question.

CHRIS COOLEY: Okay. Thanks.

BRIAN HUTCHISON: In regards to the sports question, Chris -- this is Brian -- we do believe that we have seen all of our accounts pretty much the effect of the allograft autograph situation.

We don't know how long that is going to take to turn around, and thus, we are not waiting. We're going to go ahead and add people who can go into white spaces where we don't have business and try to renew business because we do have tendons available. So we are going to go attempt to secure new customers.

And I just met with our top sales leaders and top sales force individuals, and they all believe there is opportunity. So they are going to go try to get more business.

CHRIS COOLEY: And if I may just squeeze two other quickies in and I will get back in queue. Rob, with the credit in the quarter from a tax perspective, any thoughts on a full-year or revised full-year guide for the tax rate?

And then, last question and I will get back in queue, on map3, great to see the preclinical study, but help us think about what kind of is the cadence for and what we should be expecting there for additional data or additional studies, I should say, on that offering, as well as nanOss so as we can kind of see that dossier continue to build. Thanks, again.

ROB JORDHEIM: I guess from a tax perspective, we are looking at the full-year effective tax rate on a non-GAAP basis to be roughly around that 36% where we have been in the past. So there shouldn't be any major material changes there.

BRIAN HUTCHISON: Chris, we are going to let Carrie address the map3 data.

CARRIE HARTILL, EVP AND CHIEF SCIENTIFIC OFFICER, RTI SURGICAL, INC.: So, as you can see, we've released this week some of the early data that we developed, and then we are continuing now into clinical studies. So there are pieces being presented as we speak over the last couple of weeks. Abstract posters at various meetings or [spy] meetings, as well as [Fortananko] meetings, the most recent of them was the last week in Toronto.

So those posters and abstracts are actually the foundation of managed groups that have been submitted and are currently under peer review. So we will publish the outcome of the peer-reviewed studies as soon as they are published. Certainly, some of those posters are in the public domain. So they are available, but we have taken the approach that we are not necessarily going to make a significant announcement around an abstract. We would rather hold off until we have a substantive peer-reviewed journal to which to reference. And then, beyond that, we are underway with our first prospective clinical study in the lumbar spine, and we are beginning before the end of the year our first prospective cervical spine study.

OPERATOR: Thank you and this does conclude our question and answer session. I would now turn the call back over to Brian Hutchison, President and CEO for RTI Surgical, for any further remarks.

BRIAN HUTCHISON: Thank you, Sonia, and thank you, everyone, for joining us this morning. I am sure we will be talking to many of you on calls later this morning, and we will talk to you again in about 90 days. Take care.

OPERATOR: Ladies and gentlemen, thank you for participating in today's conference. This concludes today's program. You may all disconnect. Everyone have a great day.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

[Copyright: Content copyright 2016 Thomson Financial. ALL RIGHTS RESERVED. Electronic format, layout and metadata, copyright 2016 ASC LLC (www.ascllc.net) ALL RIGHTS RESERVED. No license is granted to the user of this material other than for research. User may not reproduce or redistribute the material except for user's personal or internal use and, in such case,

only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Thomson Financial's or ASC's copyright or other proprietary rights or interests in the material; provided, however, that members of the news media may redistribute limited portions (less than 250 words) of this material without a specific license from Thomson Financial and ASC so long as they provide conspicuous attribution to Thomson Financial and ASC as the originators and copyright holders of such material. This is not a legal transcript for purposes of litigation.]

**---- Index References ----**

Company: CRAIG HALLUM CAPITAL GROUP LLC; MATRIX SETTLEMENT AND CLEARANCE SERVICES LLC; REFINITIV US LLC; RTI SURGICAL INC; RAYMOND JAMES AND ASSOCIATES INC; STEPHENS INC

News Subject: (Business Management (1BU42); Corporate Events (1CR05); Corporate Financial Data (1XO59); Corporate Performance (1XO12); Earnings Calls (1EA37); Equity Instruments (1EQ90); Financial Earnings Releases (1FI86); Funding Instruments (1FU41); Meeting Announcements (1ME17); Shares Outstanding (1SH21))

Industry: (Accounting (1AC78); Accounting, Consulting & Legal Services (1AC73); Financial Services (1FI37); Healthcare (1HE06); Investment Management (1IN34); Medical Devices (1ME31); Orthopedic Devices & Instrumentation (1OR11); Press Releases (1PR19); Securities Investment (1SE57); Stocks (1EQ09))

Language: EN

Other Indexing: (ASC LLC) (Craig Hallum; Brian Hutchison; CARRIE HARTILL; Jayson Bedford; Matt Hewitt; Rob Jordheim; Chris Cooley; Wendy Crites Wacker)

Word Count: 4793

---

**End of Document** © 2020 Thomson Reuters. No claim to original U.S. Government Works.

