Case: 1:20-cv-01939 Document #: 66-12 Filed: 10/15/20 Page 1 of 12 PageID #:2717

**NewsRoom**

10/25/16 FD (Fair Disclosure) Wire 11:30:00

FD (Fair Disclosure) Wire
Copyright (c) 2016 CCBN, Inc. and CQ Roll Call

October 25, 2016

Q3 2016 RTI Surgical Inc Earnings Call - Final

Presentation

OPERATOR: Good day ladies, and gentlemen, and thank you for standing by. Welcome to the RTIX Q3 2016 earnings conference call (Operator Instructions) It is now my pleasure to hand the presentation over to Wendy Crites Wacker, Vice President, Global Communications. Ma'am, the floor is yours.

WENDY CRITES WACKER, VP GLOBAL COMMUNICATIONS, RTI SURGICAL INC.: Good morning, and thank you for joining RTI Surgical for our third-quarter 2016 conference call. Today we will hear from Brian Hutchinson, President and Chief Executive Officer, and Rob Jordheim, Executive Vice President and Chief Financial Officer.

Before we start, let me make the following disclosure about forward-looking statements. The earnings and other matters we will be discussing on this conference call will involve statements that are forward-looking. These statements are based on our management's current expectations that they are subject to various risks and uncertainties associated with our lines of business and with the economic environment in general.

Our actual results may vary from any statements concerning our expectations about future events that are made during the course of this meeting, and we make no guarantees as to the accuracy of these statements. Accordingly, we urge you to consider all information about the Company and not to place undue reliance on these forward-looking statements.

During the call we will also present certain financial information on a non-GAAP basis. Management believes that non-GAAP financial measures, taken in conjunction with US GAAP financial measures, provide useful information for both management and investors by excluding certain non-cash and other expenses that are not indicative of our core operating results.

Case: 1:20-cv-01939 Document #: 66-12 Filed: 10/15/20 Page 2 of 12 PageID #:2718

Management uses non-GAAP measures to compare our performance relative to forecasts of strategic plans, to benchmark our performance externally against competitors and for certain compensation decisions. Reconciliation between US GAAP and non-GAAP results are presented in tables accompanying our earnings release, which can be found in the investor relations section of our website.

Now I'll turn the call over to Brian Hutchison.

BRIAN HUTCHISON, PRESIDENT AND CEO, RTI SURGICAL INC.: Good morning, everyone. Thank you for joining us. I will start with a few key takeaways from the quarter.

First, as detailed in the press release issued this morning, we reported third-quarter revenues of $66.5 million, comparable to the third quarter of 2015. We also reported third-quarter net loss per fully diluted common share of $0.08. On an adjusted basis, excluding certain pre-tax charges outlined in our press release this morning, we reported breakeven results.

Second, we saw continued strong performance from our direct business, with growth of 14% compared to third quarter last year. This growth was offset by declines in our commercial business primarily due to lower orders from our commercial distributors in our spine and orthofixation product line.

At this point, I will review the performance of each of our business lines within the global direct business.

Third-quarter direct US spine revenue increased 30% compared to third-quarter 2015. Based on published market data, our US direct spine business is one of the fastest-growing spine businesses in the United States market. During the third quarter, revenue from the spine business, Biologics, increased 33% compared to the third quarter 2015. Additionally, hardware revenue increased 28% over the same period.

Surgeon users increased 27% compared to third-quarter 2015, and our distributor relationships increased by 25% over the same time period.

The direct spine team has expanded its distribution footprint in every quarter year to date. Our US direct sports and orthopedics business was flat compared to third-quarter 2015, largely due to continued softness in our sports medicine allograft business. Continued rapid growth with map3 allografts helped offset the softness in sports medicine allograft business. Sports allograft decreased 4% compared to third-quarter 2015, while map3 allograft in sports and orthopedics space increased 88% for the same time period. Our customer base remains stable and pricing is steady, and the move to autograph seems to have leveled off.

Third-quarter surgical specialties revenue for our US direct business increased 74% compared to third-quarter 2015. We've been pleased with the performance we've seen from the new direct representatives that we mentioned in the last quarter. They, along with the existing distribution team, continue to expand the business within their focused regions. A number of recent contract wins gives us confidence that we have a customer pipeline to continue the growth trajectory of our direct surgical specialties business.

Also in the third quarter, the team hosted its first surgeon symposium with a panel of leading plastic and reconstructive surgeons. We gained valuable insight on both existing implant platforms as well as exciting opportunities to drive this business forward in the future.

Third-quarter revenue from our US direct cardiothoracic business increased 30% compared to third-quarter 2015. Additionally in the third quarter, we achieved our first month of revenue in excess of $1 million, a significant milestone for this business line. Notably, revenues from our tritium SBP plate system increased 66%, and the revenue from the Tutopatch ECM implant increased 71% for the third quarter 2016 compared to third-quarter 2015. We're very excited about the growth we are seeing in our cardiothoracic business.

Third-quarter revenue for our direct international business decreased 9% on a reported and constant currency basis compared to third-quarter 2015. Third-quarter revenue growth was affected by weakness in spine surgical cases in EMEA as well as delay in the transition of an international distributor. We expect to regain momentum in this area as we work through the distributor transition in early 2017.

To wrap up, the direct portion of our business -- our focus product of map3 allograft, nanOss advanced bone graft substitute and US surgical specialties portfolio grew 50%.

At this point, I will turn it over to Rob to provide additional detail.

ROB JORDHEIM, EVP AND CFO, RTI SURGICAL INC.: Thank you, Brian. Worldwide revenues of $66.5 million for the third quarter 2016 was comparable to the third quarter of 2015. Direct revenue of $38.1 million for the third quarter of 2016 increased 14% compared to the third quarter of 2015 to double-digit growth in the spine, surgical specialties and cardiothoracic business lines, partially offset by a decline in our international business.

Global commercial revenue of $25.3 million for the third quarter of 2016 decreased 60% compared to the third quarter of 2015 due to lower orders from certain commercial distributors primarily in the spine and trauma market. Domestic revenue of $61 million for the third quarter of 2016 was comparable to the third quarter of 2015.

International revenues of $5.6 million, which includes direct and commercial exports and distribution from our German and Dutch facilities, for the third quarter of 2016 increased 2% compared to the third quarter of 2015. On a constant currency basis, international revenue for the third quarter of 2016 was comparable to the third quarter of 2015.

Net loss applicable to common shares for the third quarter of 2016 was $4.5 million, or $0.08 per fully diluted common share, based on $58.4 million fully diluted shares outstanding. This compares to net income applicable to common shares of $2.7 million, or $0.05 per fully diluted common share, based on 58.9 million fully diluted shares outstanding for the third quarter of 2015.

Included in net loss applicable to common shares for the third quarter of 2016 is $5.1 million in pretax other charges as follows. $4.1 million for pretax expense associated with CEO retirement and transition costs, $650,000 of pretax expense associated with strategic review costs, and $328,000 of pretax expense associated with severance costs.

Also included in net loss applicable to common shares for the third quarter of 2016 is a $1.2 million charge to the tax line related to a foreign net operating loss valuation reserve. Excluding other charges in the foreign net operating loss valuation reserve, adjusted net income applicable to common shares for the third quarter of 2016 was $47,000, or zero cents per fully diluted common share, based on 58.4 million fully diluted shares outstanding.

The Company's third-quarter adjusted earnings before interest, taxes, depreciation and amortization, or adjusted EBITDA, was $8.1 million, or 12% of revenues, for the third quarter of 2016. This compares to $10.7 million, or 16% of revenues, for the third quarter of 2015.

Gross margin for the third quarter of 2016 was 52% compared to 53% for the third quarter of 2015. The decrease in gross margin in the third quarter of 2016 was primarily due to lower production output driven by a reduced outlook for the global commercial business.

During the third quarter, marketing, general and administrative expenses totaled $28.7 million, an increase of $3.3 million, or 13%, compared to the third quarter of 2016. The increase was primarily due to higher variable compensation and distributor commission expenses on direct revenue and investments in the development of our international direct sales network. Research and development expenses totaled $3.8 million, which is comparable to the third quarter of 2015.

Operating loss for the third quarter of 2016 was $3.3 million, compared to operating income of $6 million for the third quarter of 2015. Excluding the $5.1 million of aforementioned other charges, operating income in the third quarter of 2016 was $1.8 million, or 3% of revenue.

Case: 1:20-cv-01939 Document #: 66-12 Filed: 10/15/20 Page 5 of 12 PageID #:2721

Our tax rate for the third quarter 2016 was 2% benefit, compared to 37% provision in the third quarter of 2015. Our comparative income tax benefit rate was lower due to our German operations entering into a three-year cumulative net loss position. And as a result, we recorded a full valuation allowance of $1.2 million on our German subsidiaries' deferred tax assets, with no comparable charge in the third quarter of 2015.

Turning to the balance sheet, our cash position at the end of the third quarter was $11.6 million, a decrease of $1 million from the end of the second quarter.

Working capital at the end of the third quarter 2016 totaled $132.7 million, an increase of $753,000 compared to working capital at the end of 2015. During the third quarter, the Company made a quarterly principal payment of $1.1 million on the $60 million term loan. We also consolidated our debt by paying off and terminating our credit facilities with three German banks.

At the end of the third quarter we had $83.4 million of debt and approximately $12 million available under our one remaining revolving credit facility.

As you will recall from the last quarter, we announced that we would undertake a comprehensive strategic review of the Company's business lines and operations to leverage the Company's expertise, technology and products, and identify opportunities that can generate the most value for RTI's customers, employees and shareholders. As part of that effort, we retained a global management consulting firm to assist with the review, which is well underway. At this time, the management consulting firm, in collaboration with management and RTI's Board of Directors, are reviewing a set of strategic options with the goal of improving Company performance and increasing shareholder value.

Additionally, RTI's Board of Directors has retained an executive search firm to identify a new CEO to succeed Brian, who is retiring after 15 years of service. RTI's Board of Directors is in the process of evaluating potential candidates. We continue to make progress on both of these initiatives and will update you when we have significant development to share.

While we conduct the strategic review and CEO search, we will continue to provide guidance based on the current operations of the business. For the full year, based on the lower outlook in the commercial business, primarily due to lower orders from commercial distributors in spine and dental, and the lower outlook for the direct business primarily due to the previously mentioned distributor transition delay in international, the Company now expects that revenue for 2016 will range from $268 million to $270 million, compared to prior guidance of $274 million to $280 million.

Case: 1:20-cv-01939 Document #: 66-12 Filed: 10/15/20 Page 6 of 12 PageID #:2722

In addition, the Company expects full-year direct revenue to grow in the range of 13% to 15%, as compared to the previous range of 16% to 17%. The Company expects full-year commercial and other revenue to decline in the range of 21% to 23%, as compared to the previous guidance range of 18% to 21%. Despite the lower outlook for commercial, orders are stabilizing on a sequential quarter basis.

As a result of the lower revenue guidance and the previously mentioned other charges and the foreign net operating loss valuation reserve, the Company now expects that full-year 2016 net loss per fully diluted common share will range from $0.11 to $0.13 based on 58.3 million fully diluted shares outstanding, as compared to prior guidance of net income for fully diluted common share of $0.03 to $0.06.

Excluding the other charges and foreign net operating loss valuation reserve, adjusted full-year 2016 net income per fully diluted common share is expected to range from $0.01 to $0.03 based on 58.3 million fully diluted common shares outstanding, as compared to the previous guidance range of $0.09 to $0.12 based on 58.5 million fully diluted shares outstanding.

At this time, let's open it up to questions. Brian?

Questions and Answers

OPERATOR: (Operator Instructions) Chris Cooley, Stephens.

CHRIS COOLEY, ANALYST, STEPHENS INC.: Just three for me, and then I will get back in queue. Help us take a little bit closer look at the direct business here. If I'm doing the math right, you had a pretty significant increase sequentially in the marketing, general, administrative -- and I don't know if you've got make the adjustments there for the one-time items. And if I look back at the prior year, it was a pretty easy comp, down about 7.5% in that business.

While you are making traction, help me parse out how much is really being driven by the direct growth that you are seeing broad-based there and the rep adds. And how -- what kind of has to happen here over the next several quarters for that to really start to further accelerate? And then I've got just two quick follow-ups.

BRIAN HUTCHISON: Well, I think if you break down the different pieces, cardiothoracic 30% growth has been record quarter after record quarter. I don't think anything is going to change there except that they add the Tutopatch to it, might even get a little stronger. So that one is going very, very well.

If you look at spine, spine has been one of the top-performing spine companies in the country for the last eight quarters in a row. And what is really driving that is the combination of map3 and nanOss combined with metal. And the conversion rate there of both distributors and customers has been outstanding, and I don't think that's going to change, I think there.

We made some changes, if you recall, a year ago in some of the field management, and it is really showing up. And I think that's going to continue. I do think ultimately the Company will make more investments in some of the key areas that are really growing rapidly. So, those are two that I would highlight that are growing very, very well.

And the surgical specialties, although it's a small base, we seem to have in recent quarters found a formula to at least get sales really moving in the right direction right now that are showing very, very strong growth, and the opportunity looks very strong there. And we have been winning more contracts in recent days. So those all look good. On sports, it is stable. And that is probably the good news is that this cycle of allograft to autograph seems to have stabilized.

So I think what has to happen going forward is keep driving the areas that are growing and just get sports to grow single digits. And I think overall direct will continue to perform very, very strong.

CHRIS COOLEY: And just my second quick question here, when I look at the growth, you had about a fairly significant -- about 3.5%, 4% increase in receivables sequentially even though revenue was down about $1.5 million. And if we adjust for the deferred that you recognized in the quarter almost 3%, should I think of that as being the additions to distributors that you are referring to? I think it was up 25%, now carrying the product on the spine side. Or was there any other kind of one-time event there that we should take into consideration when we look at the increase both in inventory and also in receivables there sequentially?

ROB JORDHEIM: Chris, this is Rob. When you look at the receivables and you look at the percentage of our business now or our revenue, which is direct versus commercial, it would show up that the increase in receivables would increase because typically on the direct basis, our receivables are a little bit longer than they are with our commercial partners. The commercial -- the large commercial medical devices companies tend to pay pretty quickly, and on the direct side, the hospitals tend to pay a little bit slower.

CHRIS COOLEY: Understood. Then just lastly for me, and I will get back in queue -- and I apologize if I missed this in the (inaudible) that you gave us there during the call. I think you mentioned that (technical difficulty) had about 50% growth year over year in the focus products. And so those are trending at about 10%-ish of total revenue. Did I hear that correctly?

BRIAN HUTCHISON: Yes you did, Chris.

CHRIS COOLEY: Okay. So if I look back -- I guess just not to push too much here, but if I just look back over time, you have been tracking here at about 10%-ish of revenue for a while in those. And I guess kind of a similar question, while we're getting good as a percentage basis year-over-year growth, just kind of curious what you think those products maybe would represent as a percentage of sales, say, three years from now, five years from now. But it's clear that those have the greatest potential to get the lift of both gross and operating margin and maybe a higher growth rate as well longer-term.

BRIAN HUTCHISON: No, that's true, Chris. I guess the way I look at it, this is one of the bigger growth drivers within the Company obviously, and I think we've had probably three or four quarters of 50%-plus growth. So that trend is holding nicely. What it will be in three years, I don't want to venture to guess right now. But I will tell you Q3 was a record quarter in terms of revenue derived from the focus products. So if we can continue with this kind of run rate and growth and market acceptance, I think we will be happy.

CHRIS COOLEY: Understood. Thanks so much.

OPERATOR: Matt Hewitt, Craig-Hallum Capital.

MATT HEWITT, ANALYST, CRAIG-HALLUM CAPITAL GROUP: First, just so I understand it, the stock comp -- there was a 3X spike in that. Is that related to Brian's changing role?

BRIAN HUTCHISON: That is correct.

MATT HEWITT: Okay. And next quarter, obviously, I would expect it would fall back down? Is that correct?

BRIAN HUTCHISON: Yes, it will certainly normalize.

MATT HEWITT: Okay, all right. Then a couple questions about the business. The commercial business, specifically the distributor change that you're making internationally, what was the hold-up there, and why the delay in getting that up and running starting in January?

BRIAN HUTCHISON: Matt, the international distributor delay is in our direct business, not in the commercial business. And it's really -- we're moving from more of a C player to a B or an A player in terms of distribution in China. So we are really upgrading our distribution efforts there, and we are working through some issues with our distribution partner for market -- for them to go to market in China. If you look at our guidance, we expected that to come in Q4, but is being pushed into probably the first half of 2017.

So, it's really a delay. We are very excited about the distributor. It's a huge opportunity for us. But it looks like it's going to come in probably the first half of 2017 versus Q4 of 2016.

MATT HEWITT: Okay. Then once that change has been made, because you are moving from a C or a B player to an A player, which obviously you would expect faster growth, but how should we be thinking about that since most of us have modeled through 2017 at least?

BRIAN HUTCHISON: Well, I think it's -- obviously, like I said, it's going to be a big opportunity. We will give more color on that on our next call. But, again, the opportunity is large for us.

MATT HEWITT: Okay. Then one last one -- on the strategic review and CEO search, is the hope and expectation that you will have that wrapped up before the end of the year, or is this going to linger into 2017? Thank you.

BRIAN HUTCHISON: Matt, this is Brian. I think there are two different issues. I think the review will wrap up in Q4 -- should be communicated on whatever will be communicated and may be communicated on the next call. The CEO search is hard to predict. I don't know how long that is going to take. So I think the Company is going to be patient and wait until they have the right person. And so I think that is the right move. And as soon as they know what that is, they will inform you.

MATT HEWITT: All right. Thank you.

OPERATOR: Jayson Bedford, Raymond James.

JAYSON BEDFORD, ANALYST, RAYMOND JAMES & ASSOCIATES, INC.: I guess on spine, I know you are seeing some good growth. You're also adding a lot of distribution there. How big can the distribution effort get, and at what point does the pace of new distributor adds slow?

BRIAN HUTCHISON: Jason, this is Brian. I think the pace can certainly continue for the runway that we can see in front of us through next year. I think the spine team has identified opportunities to continue the expansion and will continue to push forward the way they have. I think the opportunity is still very, very strong in front of us. I really do see that group continuing to have good opportunities, at least through next year if not longer.

JAYSON BEDFORD: Okay. Then on the direct guidance for the year, the 13% to 15% growth, what is implied for international? I'm just trying to figure out where international goes here in the fourth quarter and how should we look at it for 2017.

Case: 1:20-cv-01939 Document #: 66-12 Filed: 10/15/20 Page 10 of 12 PageID #:2726

BRIAN HUTCHISON: For the full year on international?

JAYSON BEDFORD: International direct.

BRIAN HUTCHISON: Yes, international direct, we would be looking at growth for the year kind of in that high single digits area.

JAYSON BEDFORD: Okay.

BRIAN HUTCHISON: So, while the third quarter is a little bit of a hiccup, we expect to return to growth in the fourth quarter.

JAYSON BEDFORD: Okay. And Rob, I apologize, what is the baseline for 2015 direct international?

ROB JORDHEIM: The number is $18.3 million.

JAYSON BEDFORD: Okay, okay. And just the delay -- you mentioned the delay in the international distributor, is it related to regulatory issues that must be met? Meaning, are you waiting for an approval of some sort?

BRIAN HUTCHISON: I would describe them, Jason, as operational. This distributor operates differently and has very specific requirements on what they expect from us as a supplier, and we are working through all of those issues as we go forward.

JAYSON BEDFORD: Okay. Thanks.

OPERATOR: Thank you. There are no further questions in queue. So at this time, I would like to hand the call back over to Brian Hutchison, President and Chief Executive Officer, for closing comments or remarks. Sir?

BRIAN HUTCHISON: Thank you very much for joining us on this call. The next call will be probably in early February of 2017. So everyone take care and have a good end of the year.

OPERATOR: Ladies and gentlemen, thank you for your participation on today's conference. This does conclude the program and you may all disconnect. Everybody have a wonderful day.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

[Copyright: Content copyright 2016 Thomson Financial. ALL RIGHTS RESERVED. Electronic format, layout and metadata, copyright 2016 ASC LLC (www.ascllc.net) ALL RIGHTS RESERVED. No license is granted to the user of this material other than for research. User may not reproduce or redistribute the material except for user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Thomson Financial's or ASC's copyright or other proprietary rights or interests in the material; provided, however, that members of the news media may redistribute limited portions (less than 250 words) of this material without a specific license from Thomson Financial and ASC so long as they provide conspicuous attribution to Thomson Financial and ASC as the originators and copyright holders of such material. This is not a legal transcript for purposes of litigation.]

---- Index References ----

Company: CRAIG HALLUM CAPITAL GROUP LLC; REFINITIV US LLC; RTI SURGICAL INC; RAYMOND JAMES AND ASSOCIATES INC; STEPHENS INC

Case: 1:20-cv-01939 Document #: 66-12 Filed: 10/15/20 Page 12 of 12 PageID #:2728

News Subject: (Business Management (1BU42); Corporate Events (1CR05); Corporate Financial Data (1XO59); Corporate Performance (1XO12); Earnings Calls (1EA37); Equity Instruments (1EQ90); Financial Earnings Releases (1FI86); Funding Instruments (1FU41); Meeting Announcements (1ME17); Shares Outstanding (1SH21))

Industry: (Accounting (1AC78); Accounting, Consulting & Legal Services (1AC73); Financial Services (1FI37); Investment Management (1IN34); Press Releases (1PR19); Retail (1RE82); Retailers (1RE64); Securities Investment (1SE57); Stocks (1EQ09))

Language: EN

Other Indexing: (ASC LLC) (Brian Hutchison; Brian Hutchinson; Jayson Bedford; MATT HEWITT; Rob Jordheim; Chris Cooley; Wendy Crites Wacker)

Word Count: 4373

---

**End of Document**

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

---