# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Patricia Lowry

                         Plaintiff,

v.                                          Case No.: 1:20−cv−01939
                                                    Honorable Matthew F. Kennelly

RTI Surgical Holdings, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 19, 2020:

       MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 10/19/2020. The plaintiffs are given leave to file a 55−page combined response brief to all the motions to dismiss and is to be filed by 12/4/2020. Defendant 9;s reply is due 1/4/2021. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.