**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| PATRICIA LOWRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RTI SURGICAL HOLDINGS, INC., CAMILLE I. FARHAT, BRIAN K. HUTCHISON, JONATHON M. SINGER, ROBERT P. JORDHEIM, and JOHANNES W. LOUW,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No.: 20-cv-01939<br>Honorable Matthew F. Kennelly |

**DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
IN SUPPORT OF THEIR MOTIONS TO DISMISS**

Defendants jointly move the Court for leave to file a notice of supplemental authority in support of their respective motions to dismiss (the "Motions") (ECF 59, 61, 62, 65). On January 4, 2021, the Defendants filed their reply memoranda in support of the Motions (ECF 70-73). Thereafter, on January 12, 2021, District Judge Sara L. Ellis issued an Opinion and Order in *In re Baxter Int'l Inc. Sec. Litig.*, 2021 WL 100457 (N.D. Ill. Jan. 12, 2021), dismissing federal securities claims similar to those alleged in this action for lack of a strong inference of scienter. Judge Ellis' opinion addresses (and rejects) many of the same scienter arguments that Plaintiff has made here, including, among others, those regarding core operations, magnitude of the restatement, internal controls certifications, complexity of GAAP principles, meeting financial expectations, employee resignations and corporate scienter.

1

Defendants respectfully request the Court grant leave to submit notice of that Opinion, attached hereto, as supplemental authority further supporting the Defendants' lack of scienter arguments in the Motions.

Dated: January 22, 2021

Respectfully Submitted,

By: */s/* Martin G. Durkin
**HOLLAND & KNIGHT LLP**
Martin G. Durkin
martin.durkin@hklaw.com
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
T: 312.263.3600
F: 312.578.6666

Louise McAlpin*
louise.mcalpin@hklaw.com
Stephen P. Warren*
stephen.warren@hklaw.com
Allison Kernisky*
allison.kernisky@hklaw.com
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
T: 305.374.8500
F: 305.789.7799

*Admitted *pro hace vice*

*Counsel for Defendant RTI Surgical Holdings, Inc., Camille I. Farhat, and Jonathon M. Singer*

By: */s/Deborah Meshulam*
**DLA PIPER LLP (US)**
Deborah Meshulam*
deborah.meshulam@dlapiper.com
500 8th Street NW
Washington, DC 20004
T: (202) 799-4511

By: */s/James K. Goldfarb*
**MURPHY & MCGONIGLE PC**
James K. Goldfarb
james.goldfarb@mmlawus.com
Stephen J. Crimmins
Stephen.Crimmins@mmlawus.com
1185 Avenue of the Americas, Floor 21
New York, NY 10036
T: (212) 880-3999

By: */s/Alan M. Wolper*
**ULMER & BERNE, LLP**
Alan M Wolper
awolper@ulmer.com
500 W Madison Street, Suite 3600
Chicago, IL 60661-4587
T: (312) 658-6500

*Counsel for Defendant Brian K. Hutchison*

By: */s/Adam Louis Schwartz*
**HOMER BONNER JACOBS ORTIZ, P.A**
Adam Louis Schwartz
aschwartz@homerbonner.com
1441 Brickell Avenue, 1200 Four Seasons Tower
Miami, FL 33131
T: (305) 350-5116

2

Keara M. Gordon*
keara.gordon@dlapiper.com
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
T: (212) 335-4632


Yan Grinblat
yan.grinblat@dlapiper.com
444 W Lake Street, Suite 900
Chicago, IL 60606
T: (312) 368-2183


*Admitted *pro hace vice*

*Counsel for Defendant Robert P. Jordheim*

By: */s/* Elizabeth Ann Austermuehle
**JAYARAM LAW GROUP, LTD.**
Elizabeth Ann Austermuehle
liz@jayaramlaw.com
125 S. Clark Street, Suite 1175
Chicago, IL 60603
T: (312) 736-1227


By: /s/ Russell Koonin
**HOMER BONNER JACOBS ORTIZ, P.A.**
Russell Koonin
rkoonin@homerbonner.com
1441 Brickell Avenue, 1200 Four Seasons
Tower
Miami, FL 33131
T: (305) 350-5157

By: */s/* Vivek Jayaram
**JAYARAM LAW GROUP, LTD.**
Vivek Jayaram
vivek@jayaramlaw.com
125 South Clark Street, Suite 1175
Chicago, IL 60603
T: 312-212-8676

*Counsel for Defendant Johannes W. Louw*

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2021, I electronically filed the foregoing document using the ECF System for the United States District Court for the Northern District of Illinois. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record in this matter registered on the ECF system.

*/s/ Martin G. Durkin*
Martin G. Durkin

#81660687_v1

4