1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PATRICIA LOWRY, et al.,               )    Docket No. 20 C 1939
                                      )              20 C 3347
                      Plaintiffs,     )              20 C 3464
                                      )              20 C 3953
            vs.                       )
                                      )
RTI SURGICAL HOLDINGS, INC., et       )    Chicago, Illinois
al.,                                  )    October 19, 2020
                                      )    9:50 o'clock a.m.
                      Defendants.     )

TRANSCRIPT OF PROCEEDINGS - MOTION
BEFORE THE HONORABLE MATTHEW F. KENNELLY

APPEARANCES:


For the Plaintiff:    ROCHE CYRULNIK FREEDMAN LLP
                      BY:  MR. CONSTANTINE PHILIP ECONOMIDES
                      200 South Biscayne Blvd.
                      Miami, FL 33131
                      (305) 851-5997


                      GLANCY PRONGAY & MURRAY LLP
                      BY:  MR. MATTHEW M. HOUSTON
                      712 Fifth Avenue, 31st Floor
                      New York, NY 10019
                      (212) 935-7400


                      THE BROWN LAW FIRM, P.C,
                      BY:  MR. Timothy W. Brown
                      240 Townsend Square
                      Oyster Bay, NY 11771
                      (516) 922-5427




Court Reporter:       MS. CAROLYN R. COX, CSR, RPR, F/CRR
                      219 South Dearborn Street, Suite 2102
                      Chicago, IL 60604
                      (312) 435-5639

APPEARANCES CONTINUED:

POMERANTZ LLP
BY:  MR. LOUIS CAREY LUDWIG
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
312-377-1181


WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
BY:  MR. CARL V. MALMSTROM
111 W. Jackson St., Suite 1700
Chicago, IL 60604
(312) 984-0000


THE ROSEN LAW FIRM, P.A.
BY:  MS. ERICA LAUREN STONE
275 Madison Avenue, 40th Floor
New York, NY 10016
(212) 686-1060


For the Defendants:    SIDLEY AUSTIN LLP (Chicago)
BY:  MR. JAMES WALLACE DUCAYET
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000


MURPHY & MCGONIGLE PC
BY:  MR. STEPHEN J. CRIMMINS
     MR. JAMES K. GOLDFARB
1001 G Street NW, Seventh Floor
Washington, DC 20001
(202) 661-7031


HOLLAND & KNIGHT LLC
BY:  MR. MARTIN G. DURKIN
     MR. STEPHEN P. WARREN
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 578-6574

APPEARANCES CONTINUED:

JAYARAM LAW GROUP, LTD.
BY:  MS. ELIZABETH ANN AUSTERMUEHLE
125 S. Clark, Suite 1175
Chicago, IL 60603
(312) 736-1227


DLA PIPER LLP (US)
BY:  MS. KEARA M. GORDON
     MS. DEBORAH MESHULAM
1251 Avenue of the Americas, 27th Floor
New York, NY 10020


DLA Piper LLP (US)
BY:  MR. YAN GRINBLAT
444 W Lake St., Suite 900
Chicago, IL 60606
(312) 368-2183


HOMER BONNER JACOBS ORTIZ, P.A.
BY:  MR. RUSSELL KOONIN
     MR. ADAM LOUIS SCHWARTZ
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
(305) 350-5157

(The following proceedings were had telephonically:)

THE CLERK: Case 20 C 1939, Lowry v. RTI Surgical Holdings, 20 C 3347, Summers v. RTI Surgical Holdings, case 20 C 3464, Campbell v. RTI Surgical Holdings, and case 20 C 3953, DeFilippis v. Farhat.

THE COURT: Okay. I know -- my notes from the last time said we had 23 people on the phone. So we got to do this in an organized way. We are going to start off with the plaintiff, and I'm going to say anybody's whose last name begins with A through F, give your name for the record.

MR. ECONOMIDES: This is Constantine Economides appearing on behalf of lead plaintiffs.

THE COURT: Okay. Anybody else A through F?

MR. HOUSTON: Your Honor, this is Matt -- hold on, your Honor. I'm sorry to interrupt. This is Matt Houston on behalf of the derivative plaintiffs, which is the Campbell cases.

THE COURT: Anybody else A through F?

MR. BROWN: Yes, your Honor. This is Timothy Brown of The Brown Law Firm. Like Matt Houston who just announced himself, together with my firm, The Brown Law Firm together with his --

THE COURT: Just to be clear, just to be clear, Mr. Houston, I'm not sure when the letter H got between A and F.

MR. HOUSTON: I'm sorry, your Honor.

THE COURT: So I got Mr. Brown. Anybody else who's last name actually begins with A, B, C, D, E, or F?

Okay. I'll take that as a no. Anybody with G through L, last name on the plaintiffs' side?

MR. LUDWIG: Your Honor, this is Louis Ludwig on behalf of the lead plaintiff in the Lowry action.

THE COURT: Say the last name again, please.

MR. LUDWIG: Ludwig, L-u-d-w-i-g.

THE COURT: All right. Anybody else H through L?

Okay. Last name on the plaintiffs' side M through R?

MR. MALMSTROM: Good morning, your Honor. Carl Malmstrom, local counsel on behalf of plaintiffs Campbell and Summers.

THE COURT: Anyone else? On the plaintiffs' side, anyone with the last name beginning S through the end of the alphabet?

MS. STONE: Good morning, your Honor. This is Erica Stone for derivative plaintiff summers. My pro hac vice motion is pending, but Mr. Brown and Mr. Houston are appointed lead counsel in that case.

THE COURT: Anybody else? Before we get too much farther, your pro hac motion is filed in the summers case? It got filed about 30 seconds ago.

MS. STONE: Yes. I don't plan to make the

presentation. I'll let lead counsel do that.

THE COURT: Melissa, this is in 20 C 3347. It's docket number 49. Ms. Stone's pro hac vice motion is granted. I think we're done on the plaintiffs' side.

So let's see. So defense side, we do it the same breakdown. A through -- last name A through F.

MR. DUCAYET: Your Honor, it's Jim Ducayet from Sidley Austin on behalf of the nominal defendant, the company in the derivative case.

THE COURT: Anyone else G through L?

MR. CRIMMINS: This is Steve Crimmins from Murphy & McGonigle for defendant Hutchison.

MR. DURKIN: Your Honor, this is Martin Durkin on behalf of defendant RTI along with my partner Steve Warren.

THE COURT: He doesn't count yet, unless we've again reshuffled the alphabet. Everybody is going to have to do their own name.

MS. AUSTERMUEHLE: This is Elizabeth Austermuehle, local counsel for Johannes Louw.

THE COURT: Spell that one, please

MS. AUSTERMUEHLE: Austermuehle, A-u-s-t-e-r-m-u-e-h-l-e.

THE COURT: Okay. G through L.

MS. GORDON: Good morning, your Honor. This is Keara Gordon with DLA Piper for defendants. And that's K-e-a-r-a.

MR. GRINBLAT: Good morning, your Honor. Yan Grinblat, DLA Piper, on behalf of Mr. Jordheim in all the cases.

THE COURT: Whoever said that from DLA Piper, say your last name again.

MR. GRINBLAT: Grinblat, G-r-i-n-b-l-a-t.

THE COURT: And was somebody else trying to talk there too?

MR. GOLDFARB: Yes, your Honor. Good morning. James Goldfarb from Murphy & McGonigle on behalf of Mr. Hutchinson.

THE COURT: Anybody else G through L?

MR. KOONIN: Good morning, your Honor. Russell Koonin from Homer Bonner on behalf of Johannes Louw.

THE COURT: Okay. Now we're up to M through R.

MS. MESHULAM: Good morning, your Honor. Deborah Meshulam, DLA Piper, for defendant Robert Jordheim.

THE COURT: Spell your last name, please.

MS. MESHULAM: M-e-s-h-u-l-a-m.

THE COURT: M through R, anybody else? Okay.

S through the end of the alphabet.

MR. SCHWARTZ: Good morning, your Honor. Adam Schwartz on behalf of Johannes Louw.

MR. WARREN: Good morning, your Honor. Steven Warren from Holland & Knight on behalf of RTI, Farhat, and Singer in the Lowry action, and we also represent ten defendants in the

derivative action.

THE COURT: You don't have to name them all. That's okay.

Anybody else?

All right. So if I am understanding it correctly, I believe there are four separately filed motions to dismiss in the securities cases, and then we're paused on the derivative case pending the resolution of the motions in the securities cases. I don't think they're filed in each case individually. They're all filed in the Lowry case. Do I have that basically right?

MR. LUDWIG: Yes, your Honor.

THE COURT: All further questions are addressed to lead counsel on the plaintiffs' side and whoever is the right person to respond on the defense side. So is that lead counsel saying yes?

MR. LUDWIG: Yes, your Honor. This is Louis Ludwig, L-u-d-w-i-g, lead counsel for lead plaintiff in the Lowry action, and that is correct regarding the number of filings.

THE COURT: And what were you looking for in terms of a response?

MR. LUDWIG: Well, your Honor, having reviewed the pages, we think that we can respond to the 70 pages submitted in 55 pages in an omnibus brief, 55 pages exclusive of tables and cover page.

THE COURT: Sure. All right. The plaintiffs are given leave to file a 55-page combined response brief to all the motions to dismiss. What are you looking for in terms of a date?

MR. LUDWIG: We'd like to get 45 days, your Honor, given the number of filings that we have.

THE COURT: So that means like the 4th of December?

MR. LUDWIG: That's correct.

THE COURT: There you go. That's the response date.

I would typically give you three weeks to respond to the motion -- to reply after the response. So what that means is you're either filing it the day before Christmas or a couple of days after. I'm going to give you a choice, although I will tell you there is only one right answer to that question. Let's see if you get it. So who wants to go for it?

MR. WARREN: Your Honor, this is Steven Warren on the defense side. I had spoken with all of the other defense counsel to try to coordinate before we got on the call, and we were all in agreement, if possible, that 30 days for the reply would be sufficient. Part of the reason there, your Honor, is, as we did with the motions to dismiss, we're trying not to duplicate arguments which means that we need time to prepare our own briefs.

THE COURT: 4th of January. 4th of January. There

you go.

MR. WARREN: Thank you, your Honor.

THE COURT: Okay. What else should we be talking about, if anything?

MR. WARREN: I believe -- again, Steven Warren, your Honor. I think page limits on the replies, I think we would suggest waiting to see the opposition before we --

THE COURT: That's fine. I'm going to leave it in your hands for somebody to file a motion. I don't want four motions. I want one motion that basically gives a total, and my very strong advice to you is you get that motion on file not toward the tail end because if I end up giving you less pages than you're asking for, you want to make sure you have time to adjust. So don't think, well, we can file the motion on the 2nd of January and say we want, you know, 743 pages and the judge has no choice. The judge always has a choice. So don't wait that long to do it. So the ball is in your court on that one.

Anything else we should talk about that anybody can think of?

All right. Have a nice day, everybody. I am not going to set another status at this point. That will happen after I rule on the motions to dismiss. Take care.

(Which were all the proceedings had in the above-entitled cause on the day and date aforesaid.)

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

_____          _____
Carolyn R. Cox                                      Date
Official Court Reporter
Northern District of Illinois
/s/Carolyn R. Cox, CSR, RPR, CRR, FCRR