UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA LOWRY, individually and on behalf of all others similarly situated, </br></br>Plaintiff, </br></br>v. </br></br>RTI SURGICAL HOLDINGS, INC., CAMILLE I. FARHAT, BRIAN K. HUTCHISON, JONATHON M. SINGER, ROBERT P. JORDHEIM, and JOHANNES W. LOUW, </br></br>Defendants. | No.: 20-cv-01939 </br>Honorable Matthew F. Kennelly |

## JOINT STATUS REPORT

Lead Plaintiff Rosy Yeretsian and Defendants RTI Surgical Holdings, Inc., Camille I. Farhat, Brian K. Hutchison, Robert P. Jordheim, Johannes W. Louw, and Jonathon M. Singer (collectively, "the Parties"), by their respective undersigned counsel, submit this Joint Status Report pursuant to this Court's orders of April 1, 2021 [Doc. No. 78] and April 22, 2021 [Doc. No. 80] in the above-captioned mater (the "Action"):

**I.      INITIAL RULE 26(F) CONFERENCE**

The Parties conducted an initial conference under Fed. R. Civ. P. 26(f) via telephone on April 15, 2021 and engaged in follow-up discussions on April 21, 2021, also telephonically. Counsel for each party participated in the conference.

**II.     PROPOSALS FOR CASE SCHEDULE**

The Parties met and conferred and have agreed to a mediation of the Action on June 30, 2021 with mediator, Michelle Yoshida. In advance of the mediation, the Parties have agreed to – and now propose – the following:

- The Parties shall exchange Rule 26(a) disclosures on May 19, 2021;

- The Parties shall enter into a confidentiality/protective order governing discovery in the Action, or submit disputes to the Court, by June 2, 2021;

- The Parties shall agree on ESI terms and initial custodians, or submit disputes to the Court, by June 2, 2021; and

- If the mediation is unsuccessful, the Parties shall prepare a proposed joint discovery and pretrial schedule by July 9, 2021 for the Court's approval, or separate schedules if the Parties are unable to agree on a proposed joint discovery schedule.

### III. DERIVATIVE ACTIONS

In its April 1, 2021 order, the Court asked whether related cases Nos. 20 C 3347, 20 C 3464, and 20 C 3953 should be dismissed. These related cases are shareholder derivative actions filed by Summers, Campbell, and DeFilippis respectively (the "Derivative Litigation"). The Derivative Litigation was stayed pending resolution of the motions to dismiss filed in the Action. Because there is no overlap between Lead Plaintiff and Co-Lead Counsel in the Action, on the one hand, and the derivative plaintiffs and derivative plaintiffs' counsel in the Derivative Litigation, on the other hand, the Parties suggest that the Derivative Litigation be the subject of a separate joint status report and/or status call.

### IV. OTHER ISSUES TO DISCUSS AT MAY 3, 2021 HEARING

None.

Dated: April 29, 2021                              Respectfully submitted,

**For Lead Plaintiff Rosy Yeretsian:**             **For Defendants RTI Surgical Holdings, Inc., Camille I. Farhat, and Jonathon M. Singer:**

By: /s/ Louis C. Ludwig
Patrick V. Dahlstrom                               By: /s/ Martin G. Durkin
Louis C. Ludwig                                    Martin G. Durkin
Pomerantz LLP                                      Holland & Knight LLP
10 South LaSalle St., Ste, 3505                    150 North Riverside Plaza, Ste. 2700

Chicago, IL 60603
312.377.1181
pdahlmstrom@pomlaw.com
lcludwig@pomlaw.com


By: */s/ Constantine P. Economides*
Velvel (Devin) Freedman
Kyle W. Roche
Ivy T. Ngo
Constantine P. Economides
Roche Cyrulnik Freeman LLP
200 South Biscayne Blvd, Ste. 5500
Miami, FL 33131
305.851.5997
vfreedman@rcfllp.com
kyle@rcfllp.com
ingo@rcfllp.com
ceconomides@rcfllp.com

*Co-Lead Counsel*

Brian Schall
The Schall Law Firm
1880 Century Park East, Ste. 404
Los Angeles, CA 90067
424.303.1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*

Chicago, IL 60606
312.578.6574
Martin.durkin@hklaw.com

Stephen P. Warren
Louise McAlpin
Allison Kernisky
Holland & Knight LLP
701 Brickell Ave., Ste. 3300
Miami, FL 33131
305.349.2256
Stephen.warren@hklaw.com
Louise.mcalpin@hklaw.com
Allison.kernisky@hklaw.com

**For Defendant Robert R. Jordheim:**

By: */s/ Deborah Meshulam*
Yan Grinblat
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
312.368.2183
yan.grinblat@us.dlapiper.com

Deborah Meshulam
DLA Piper LLP (US)
500 8th Street NW
Washington DC 20004
202.799.4511
deborah.meshulam@us.dlapiper.com

Keara M. Gordon
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
212.335.4632
keara.gordon@us.dlapiper.com


**For Defendant Johannes W. Louw**

By: */s/ Russell Koonin*
Russell Koonin
Adam Schwartz
1200 Four Seasons Tower

3

        1441 Brickell Avenue
        Miami Florida 33131
        305.350.5100
        rkoonin@homerbonner.com
        aschwartz@homerbonner.com

        Vivek Jayaram
        Elizabeth Austermuehle
        Jayaram Law, Inc.
        125 S. Clark Street, Suite 1175
        Chicago, Illinois 60603
        312 212 8676
        vivek@jayaramlaw.com
        liz@jayaramlaw.com


        **For Defendant Brian K. Hutchison:**

        By: */s/ James K. Goldfarb*
        James K. Goldfarb
        Stephen J. Crimmins
        Murphy & McGonigle
        1185 Avenue of the Americas
        21st Floor
        New York, NY 10036
        212.880.3999
        jgoldfarb@mmlawus.com
        scrimmins@mmlawus.com