UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA LOWRY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RTI SURGICAL HOLDINGS, INC., CAMILLE I. FARHAT, BRIAN K. HUTCHISON, JONATHON M. SINGER, ROBERT P. JORDHEIM, and JOHANNES W. LOUW, <br><br> Defendants. | No.: 20-cv-01939 <br> Honorable Matthew F. Kennelly |

**JOINT STATUS REPORT**

Lead Plaintiff Rosy Yeretsian ("Plaintiff") and Defendants RTI Surgical Holdings, Inc. ("RTI"), Camille I. Farhat, Brian K. Hutchison, Robert P. Jordheim, Johannes W. Louw, and Jonathon M. Singer, (collectively, "Defendants"), by their undersigned counsel, submit this Joint Status Report pursuant to this Court's order of July 7, 2021 [ECF No. 92].

The parties have agreed to the principal terms of a settlement and have documented those terms in a binding Settlement Term Sheet that has been executed by all parties. Lead Plaintiff's counsel is currently in the process of conducting confirmatory discovery in furtherance of the settlement and is also working on a draft of the full settlement agreement and motion papers that will be required to move for preliminary approval of the settlement. The parties anticipate filing same before the end of the month.

Dated: August 11, 2021                                           Respectfully submitted,

**For Plaintiff Patricia Lowry:**

By: */s/ Louis C. Ludwig*
Louis C. Ludwig
Pomerantz LLP
10 South LaSalle St., Ste, 3505
Chicago, IL 60603
312.377.1181
lcludwig@pomlaw.com

*Local Counsel for Patricia Lowry*

Phillip Kim
Laurence M. Rosen
The Rosen Law Firm, P.A.
275 Madison Ave., 40th Floor
New York, NY 10016
212.686.1060
pkim@rosenlegal.com
lrosen@rosenlegal.com

**For Lead Plaintiff Rosy Yeretsian:**

By: */s/ Patrick V. Dahlstrom*
Patrick V. Dahlstrom
Louis C. Ludwig
Pomerantz LLP
10 South LaSalle St., Ste, 3505
Chicago, IL 60603
312.377.1181
pdahlmstrom@pomlaw.com
lcludwig@pomlaw.com

Velvel (Devin) Freedman
Kyle W. Roche
Ivy T. Ngo
Constantine P. Economides
Roche Freedman LLP
200 South Biscayne Blvd, Ste. 5500
Miami, FL 33131
305.851.5997
vfreedman@rcfllp.com
kyle@rcfllp.com
ingo@rcfllp.com
ceconomides@rcfllp.com

**For Defendants RTI Surgical Holdings, Inc., Camille I. Farhat, and Jonathon M. Singer:**

By: */s/ Martin G. Durkin*
Martin G. Durkin
Holland & Knight LLP
150 North Riverside Plaza, Ste. 2700
Chicago, IL 60606
312.578.6574
Martin.durkin@hklaw.com

Stephen P. Warren
Louise McAlpin
Allison Kernisky
Holland & Knight LLP
701 Brickell Ave., Ste. 3300
Miami, FL 33131
305.349.2256
Stephen.warren@hklaw.com
Louise.mcalpin@hklaw.com
Allison.kernisky@hklaw.com

**For Defendant Robert R. Jordheim:**

By: */s/ Deborah Meshulam*
Yan Grinblat
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
312.368.2183
yan.grinblat@us.dlapiper.com

Deborah Meshulam
DLA Piper LLP (US)
500 8th Street NW
Washington DC 20004
202.799.4511
deborah.meshulam@us.dlapiper.com

Keara M. Gordon
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
212.335.4632
keara.gordon@us.dlapiper.com

Brian Schall
The Schall Law Firm
1880 Century Park East, Ste. 404
Los Angeles, CA 90067
424.303.1964
brian@schallfirm.com

**For Defendant Brian K. Hutchison:**

By: */s/ James K. Goldfarb*
James K. Goldfarb
Stephen J. Crimmins
Murphy & McGonigle
1185 Avenue of the Americas
21st Floor
New York, NY 10036
212.880.3999
jgoldfarb@mmlawus.com
scrimmins@mmlawus.com

**For Defendant Johannes W. Louw**

By: */s/ Russell Koonin*
Russell Koonin
Adam Schwartz
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
305.350.5100
rkoonin@homerbonner.com
aschwartz@homerbonner.com

Vivek Jayaram
Elizabeth Austermuehle
Jayaram Law, Inc.
125 S. Clark Street, Suite 1175
Chicago, Illinois 60603
312 212 8676
vivek@jayaramlaw.com
liz@jayaramlaw.com