# Exhibit A-2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------x
PATRICIA LOWRY, individually and on
behalf of all others similarly situated,

        Plaintiff,

  -against-                               Civil Action No. 20 C 01939 (MFK)

RTI SURGICAL HOLDINGS, INC.,                CLASS ACTION
CAMILLE I. FARHAT, BRIAN K.
HUTCHISON, JONATHON M. SINGER,
ROBERT P. JORDHEIM, and JOHANNES
W. LOUW,

        Defendants.
---------------------------------------------------------x

**NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION, MOTION FOR ATTORNEYS' FEES AND EXPENSES, AND FINAL APPROVAL HEARING**

TO:    ALL PERSONS AND ENTITIES THAT PURCHASED OR OTHERWISE ACQUIRED RTI SURGICAL HOLDINGS, INC. COMMON STOCK FROM MARCH 7, 2016 THROUGH MARCH 27, 2020, BOTH DATES INCLUSIVE (CLASS PERIOD) AND WERE DAMAGED THEREBY.

**PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.
YOUR RIGHTS MAY BE AFFECTED BY PROCEEDINGS IN THIS ACTION.**

      **YOU ARE HEREBY NOTIFIED,** pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Northern District of Illinois, that a hearing will be held on _____, 2021, at _____ .m., before the Honorable Matthew F. Kennelly at the United States District Court for the Northern District of Illinois, Evert McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 or via Zoom or some other video platform, to determine: (1) whether the proposed Settlement of the Class's claims against the Defendants for $10,500,000 should be approved as fair, reasonable and adequate; (2) whether the Plan of Allocation is fair and reasonable, and should be approved; (3) whether the application by Lead Counsel for an award of attorneys' fees and expenses should be approved; (4) whether a reimbursement award for Plaintiff's costs and expenses should be granted; and (5) whether the Action should be dismissed with prejudice against the Defendants as set forth in the Settlement Stipulation filed with the Court.

If you purchased or acquired RTI Surgical Holdings, Inc. common stock between March 7, 2016 and March 27, 2020, your rights may be affected by the Settlement of this Action. If you have not received a detailed Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Final Approval Hearing (the "Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies by writing to the Claims Administrator at: *Lowry v. RTI Surgical Holdings, Inc.,* Claims Administrator, _____, email: _____ .

If you are a member of the Class and wish to share in the Settlement money, you must submit a Proof of Claim no later than _____ establishing that you are entitled to recovery. As further described in the Notice, you will be bound by any judgment entered in the Action, regardless of whether you submit a Proof of Claim, unless you exclude yourself from the Class, in accordance with the procedures set forth in the Notice, by no later than _____. Any objections to the Settlement, Plan of Allocation or attorney's fees and expenses must be filed and served, in accordance with the procedures set forth in the Notice, no later than _____.

Inquiries, other than requests for the Notice, may be made to Class Counsel: Louis C. Ludwig, Esq., Pomerantz LLP, 10 South La Salle Street, Suite 3505, Chicago, IL 60603, lcludwig@pomlaw.com, or Velvel Freedman, Roche Freedman LLP, 1 SE 3rd Ave., Suite 1250, Miami, Florida 33131, vel@rcfllp.com.

**INQUIRIES SHOULD NOT BE DIRECTED TO THE COURT,
THE CLERK'S OFFICE, THE DEFENDANTS, OR DEFENDANTS' COUNSEL.**

Dated: _____ ____, 2021         UNITED STATES DISTRICT COURT
                                     NORTHERN DISTRICT ILLINOIS