**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PATRICIA LOWRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RTI SURGICAL HOLDINGS, INC., CAMILLE I. FARHAT, BRIAN K. HUTCHISON, JONATHON M. SINGER, ROBERT P. JORDHEIM, and JOHANNES W. LOUW,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No.: 20 C 01939<br>Honorable Matthew F. Kennelly |

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN
SUPPORT OF PRELIMINARY APPROVAL OF THE SETTLEMENT**

Lead Plaintiff (and proposed Class Plaintiff) Rosy Yeretsian respectfully submits this supplemental memorandum in support of Preliminary Approval of the Settlement. As per the Court's direction at the status conference held on September 10, 2021 and the Court's subsequent Order (*see* Dkt. No. 99), Lead Plaintiff hereby submits (1) the amended Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Final Approval Hearing that discloses to prospective claimants the amount of the Notice and Administration Costs as a total sum and cost per share (Exhibit A hereto); (2) an amended schedule for the deadline to file exclusion from the Settlement and the Final Approval Hearing date; and (3) an amended Preliminary Approval Order per the Court's ruling on September 10.

The amended schedule requests that the Final Approval Hearing occur on January 24, 2022, after the deadline for filing Proofs of Claim, instead of January 10, 2022, the current date for the Final Approval Hearing (*see* Dkt. No. 99). By extending the date for the Final Approval

1

Hearing until after the deadline for filing Proofs of Claim, Lead Counsel will be able to inform the Court of the number of claims filed, as well as an amount of recognized losses referenced by the claims filed. Although some claims may require additional support to satisfy the requirements to be included for recovery from the Settlement Amount (and the need for that information may extend the final determination of the number of authorized claims and recognized losses), Lead Counsel will be able to have the Claims Administrator submit the number of claims received as of the filing deadline at the Final Approval Hearing.

## 1. POTENTIAL RECOVERY AND COSTS TO CLASS MEMBERS

The amount agreed upon by the Parties to settle claims hereto is $10,500,000. Plaintiff, with the assistance of an expert market and loss consultant, has estimated that there were approximately 32.5 million damaged shares of RTI Surgical Holdings, Inc. common stock traded during the Class Period. Pursuant to the Plan of Allocation set forth in the Notice, if all affected RTI Surgical Holdings, Inc. shares elect to participate in the Settlement, the average recovery per share could be approximately $0.32, before deduction of any fees, expenses, costs, and awards described herein. The actual amount disbursed to members of the Class who participate in the Settlement may be more or less than the $0.32 figure, depending on the deductions and the number of shares for which prospective Class members file claims.

Lead Counsel will apply to the Court for attorneys' fees not to exceed 33% of the Settlement Amount, reimbursement of expenses not to exceed $100,000, and a Compensatory award to the Lead Plaintiff not to exceed $5,000. Based on those amounts, the average cost of fees, expenses and a Compensatory award would be approximately $0.10 per share.

The Parties have agreed to deposit $200,000 of the Settlement Amount into a Settlement Notice and Administration Account to cover the costs related to the publication and mailing of

Notice to the Class and Administration of all claims filed by Class members. The average cost for Notice and Administration would be approximately $0.006 per share. Any amount expended in excess of $200,000 for Notice and Administration costs would have to be approved by the Court before any additional payment for Notice and Administration costs could be paid from the Settlement Amount.

The total average cost per share would be approximately $0.11 if fees are awarded in the amount of 33% of the Settlement amount, with $100,000 in expenses, $5,000 as a Compensatory award to Lead Plaintiff, and $200,000 for Notice and Administration costs.

## 2. PROPOSED SCHEDULE OF EVENTS

In connection with preliminary approval of the Settlement, the Court is asked to set a Final Approval Hearing date; dates for mailing the Notice and publication of the Summary Notice; and deadlines for requesting exclusion from the Class, objecting to the Settlement, submitting the Plan of Allocation, and the submission of Proof of Claim and Release forms. Lead Plaintiff proposes the following schedule:

| | |
|---|---|
| Notice mailed to Class ("Notice Date") | 20 days after entry of the Preliminary Approval Order |
| Summary Notice published | Twice at approximately 10 days and approximately 20 days after Notice Date |
| Deadline for filing motion for final approval of Settlement, Plan of Allocation, request for an award of attorneys' fees and expenses or request for a reimbursement award to Lead/Class Plaintiff | 21 days prior to final approval hearing |
| Exclusion deadline | 14 days prior to final approval hearing |
| Objection deadline | 14 days prior to final approval hearing |
| Claims filing deadline | 10 days prior to final approval hearing date |

| | |
|---|---|
| Deadline for filing reply papers in support of motion for final approval of Settlement, Plan of Allocation, request for an award of attorneys' fees and expenses or request for a reimbursement award to Lead/Class Plaintiff | 7 days prior to final approval hearing date |
| Final Approval Hearing | January 24, 2022 |

Dated:   September 15, 2021

By: */s/ Louis C. Ludwig*
Patrick V. Dahlstrom
Louis C. Ludwig
Pomerantz LLP
10 South LaSalle St., Ste, 3505
Chicago, IL 60603
312.377.1181
pdahlmstrom@pomlaw.com
lcludwig@pomlaw.com

Velvel (Devin) Freedman
Kyle W. Roche
Ivy T. Ngo
Constantine P. Economides
Roche Freedman LLP
200 South Biscayne Blvd, Ste. 5500
Miami, FL 33131
305.851.5997
vfreedman@rcfllp.com
kyle@rcfllp.com
ingo@rcfllp.com
ceconomides@rcfllp.com

***Class Counsel***

4