UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA LOWRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RTI SURGICAL HOLDINGS, INC., CAMILLE I. FARHAT, BRIAN K. HUTCHISON, JONATHON M. SINGER, ROBERT P. JORDHEIM, and JOHANNES W. LOUW,<br><br>Defendants. | No.: 20-cv-01939<br>Honorable Matthew F. Kennelly |

### CLASS PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION

Lead and proposed Class Plaintiff Rosy Yeretsian ("Class Plaintiff"), individually and on behalf of herself and all others similarly situated, moves this Court for final approval of the proposed settlement of this securities class action on her claims that Defendant RTI Surgical Holdings, Inc. and certain of its corporate officers and directors violated §§ 10(b) and 20(a) of the Securities Exchange Act of 1934, as well as Rule 10b-5 promulgated thereunder. In support of this motion, Class Plaintiff relies upon her contemporaneously-filed Memorandum of law.

WHEREFORE, Class Plaintiff respectfully requests that the Court grant Final Approval of the Settlement of the Action and the Plan of Allocation as fair, reasonable, and adequate and enter the updated Order of Final Approval, which will be submitted electronically consistent with the Court's Case Management Procedures regarding Proposed Orders.

Dated: January 3, 2022

1

By: */s/ Louis C. Ludwig*
Patrick V. Dahlstrom
Louis C. Ludwig
Pomerantz LLP
10 South LaSalle St., Ste, 3505
Chicago, IL 60603
(t) (312) 377-1181
pdahlmstrom@pomlaw.com
lcludwig@pomlaw.com

Velvel (Devin) Freedman
Kyle W. Roche
Ivy T. Ngo
Constantine P. Economides
Roche Freedman LLP
SunTrust International Center
1 S.E. 3rd Avenue
Suite 1240
Miami, FL 33131
(t) (305) 851-5997
vel@rochefreedman.com
kyle@rochefreedman.com
ingo@rochefreedman.com
ceconomides@rochefreedman.com

*Class Counsel*

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac vice* forthcoming)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*