**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICIA LOWRY, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.: 20-cv-01939 |
| RTI SURGICAL HOLDINGS, INC., CAMILLE I. FARHAT, BRIAN K. HUTCHISON, JONATHON M. SINGER, ROBERT P. JORDHEIM, and JOHANNES W. LOUW, | ) ) ) ) ) ) ) | Honorable Matthew F. Kennelly |
| Defendants. | ) ) | |

**CLASS PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES,**
**REIMBURSEMENT OF EXPENSES AND REIMBURSEMENT**
**AWARD TO CLASS PLAINTIFF**

Pursuant to Fed. R. Civ. P. 23 (h) and Fed. R. Civ. P. 54 (d) (2), Lead and proposed Class Plaintiff Rosy Yeretsian ("Class Plaintiff"), individually and on behalf of herself and all others similarly situated, and her undersigned counsel ("Class Counsel") move this Court for their reasonable and negotiated attorneys' fees in the total amount of 30% of the settlement fund, reimbursement of Class Counsel for their expenses in the total amount of $60,943.44, and reimbursement of Class Plaintiff in the amount of $5,000 for time expended in performing duties on behalf of the Class in the above-captioned matter.

As support for their Motion, Class Plaintiff and Class Counsel rely upon their contemporaneously-filed Memorandum of law.

WHEREFORE, Class Plaintiff respectfully requests that the Court grant her instant Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Reimbursement Award

to Class Plaintiff.

Dated:   January 3, 2022

By: */s/ Louis C. Ludwig*
Patrick V. Dahlstrom
Louis C. Ludwig
Pomerantz LLP
10 South LaSalle St., Ste, 3505
Chicago, IL 60603
(t) (312) 377-1181
pdahlmstrom@pomlaw.com
lcludwig@pomlaw.com

Velvel (Devin) Freedman
Kyle W. Roche
Ivy T. Ngo
Constantine P. Economides
Roche Freedman LLP
SunTrust International Center
1 S.E. 3rd Avenue
Suite 1240
Miami, FL 33131
(t) (305) 851-5997
vel@rochefreedman.com
kyle@rochefreedman.com
ingo@rochefreedman.com
ceconomides@rochefreedman.com

*Class Counsel*

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac vice* forthcoming)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*