**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICIA LOWRY, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No.: 20 C 01939 |
| RTI SURGICAL HOLDINGS, INC., CAMILLE I. FARHAT, BRIAN K. HUTCHISON, JONATHON M. SINGER, ROBERT P. JORDHEIM, and JOHANNES W. LOUW, | ) ) ) ) ) ) | Honorable Matthew F. Kennelly |
| Defendants. | ) ) ) | |

## NOTICE OF NON-OBJECTION TO CLASS ACTION SETTLEMENT

Pursuant to paragraph 10 of the Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 103), Class Representative Lead Plaintiff Rosy Yeretsian ("Class Plaintiff"), respectfully submits this notice that no Class member has objected to Class Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation (ECF No. 108) ("Final Approval Motion") or Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Reimbursement Award to Class Plaintiff (ECF No. 110) ("Fee and Expense Application").

This notice is supported by the Supplemental Declaration of Jordan Broker Regarding (A) Mailing of the Notice Packet and (B) Report on Requests for Exclusion Received to Date ("Broker Supp. Decl.") dated January 18, 2022 and attached hereto as Exhibit 1.

In connection with the Final Approval Motion and the Fee and Expense Application, Class Plaintiff filed the Declaration of Jordan Broker Regarding (I) Mailing of Notice and Claim Form; (II) Publication of Summary Notice; (III) Call Center Services; (IV) the Settlement Website; (V)

1

Requests for Exclusion and Objections Received to Date, dated January 3, 2022 ("Initial Mailing Declaration") (ECF No. 112-1). Jordan Broker, on behalf of the Claims Administrator Epiq Class Action & Claims Solutions, Inc. ("Epiq"), attested to the fact that notice had been provided to the Class in the method and in compliance with the deadlines set forth by the Court in its Preliminary Approval Order. *Id*. Since the execution of the Initial Mailing Declaration, Epic has continued to fulfill its responsibilities and has, among other things, continued to receive requests from potential Class Members and nominees for copies of the Notice.

The Court-ordered deadline for Class Members both: (1) to object to the fairness, reasonableness or adequacy of the Settlement, the Plan of Allocation, or to the Fee and Expense Application, or (2) to submit a Request for Exclusion from the Class, was January 10, 2022. *See* Preliminary Approval Order, ¶10. As explained below, there have been no objections filed or Requests for Exclusions from the Class, an outcome that clearly favors granting final approval of the Settlement, the Plan of Allocation, and the Fee and Expense Application.

A. **The Absence of Any Objections Strongly Supports Granting Final Approval**

After completing a robust notice program including mailing more than 15,177 Notices to identifiable Class Members or their nominees, publishing the Summary Notice over national business newswires, and maintaining all documents relevant to the Settlement on the settlement website, not a single Class Member raised any objection to any aspect of the Settlement or to the Fee and Expense Application. Courts have recognized that a small number of objections is "strong circumstantial evidence supporting the fairness of the settlement." *See, e.g., In re Sears, Roebuck & Co. Front-Loading Washer Prods. Liab. Litig.*, No. 06 C 7023, 2016 WL 772785, at \*11 (N.D. Ill. Feb. 29, 2016) (characterizing three objections as a "small number"); *see also Swift v. Direct Buy, Inc.*, No. 2:11-CV-401-TLS, 2013 WL 5770633, at \*6 (N.D. Ind. Oct. 24, 2013) (noting that

2

"limited opposition to the Settlement Agreement among affected parties, … also favors settlement"). Here, **no class member objected**. *See* Broker Suppl. Decl., ¶5.

Accordingly, the lack of any objections—as tentatively disclosed in the Final Approval Motion and now confirmed with the close of the deadline for objections—weighs in favor of granting final approval to the Settlement, the Plan of Allocation, and the Fee and Expense Application.

**B.     The Absence of Any Requests for Exclusion from the Class Strongly Supports Granting Final Approval**

No Class Member has requested exclusion. *See id.*, ¶5. This absence of exclusion requests, combined with the absence of objections, strongly supports final approval of the settlement. *See, e.g., Sears, Roebuck & Co.*, 2016 WL 772785, at *11 (describing as "minuscule" opposition to the settlement that included 59 opt-outs from 542,000 potential class members noticed); *Mangone v. First USA Bank*, 206 F.R.D. 222, 227 (S.D. Ill. 2001) (97 objections and approximately 19,637 opt-outs from notice mailing of 18.5 million supported approval).

<u>**CONCLUSION**</u>

For the foregoing reasons, and for the reasons set forth in the Final Approval Motion, Fee and Expense Application, and the Joint Declaration of Constantine P. Economides and Louis C. Ludwig (Dkt. Nos. 108-112), Class Counsel respectfully request that the Court enter the [Proposed] Order of Final Approval and Final Judgment, which will be submitted herewith consistent with the Court's Case Management Procedures regarding Proposed Orders.

 Dated:   January 18, 2022

By: */s/ Louis C. Ludwig*
Patrick V. Dahlstrom
Louis C. Ludwig
Pomerantz LLP
10 South LaSalle St., Ste, 3505
Chicago, IL 60603

3

312.377.1181
pdahlmstrom@pomlaw.com
lcludwig@pomlaw.com

Velvel (Devin) Freedman
Kyle W. Roche
Ivy T. Ngo
Constantine P. Economides
Roche Freedman LLP
SunTrust International Center
1 S.E. 3rd Avenue
Suite 1240
Miami, FL 33131
(t) (305) 851-5997
vfreedman@rochefreedman.com
kyle@rochefreedman.com
ingo@rochefreedman.com
ceconomides@rochefreedman.com

*Class Counsel*

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac vice* forthcoming)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*

4