**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PATRICIA LOWRY, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 20 C 01939 (MFK) |
| Plaintiff, | CLASS ACTION |
| v. | **SUPPLEMENTAL DECLARATION OF JORDAN BROKER REGARDING REQUESTS FOR EXCLUSION AND CLAIMS RECEIVED TO DATE** |
| RTI SURGICAL HOLDINGS, INC., CAMILLE I. FARHAT, BRIAN K. HUTCHISON, JONATHON M. SINGER, ROBERT P. JORDHEIM, AND JOHANNES W. LOUW, | |
| Defendants. | |

I, Jordan Broker, declare as follows:

1.      I am a Project Manager for Epiq Class Action & Claims Solutions, Inc. ("Epiq"). The following statements are based on my personal knowledge and information provided to me by other Epiq employees and, I could and would competently testify to these facts if called upon to do so.

2.      I previously submitted a declaration dated January 3, 2022 ("Notice Declaration"), describing the work performed by Epiq to disseminate notice and process claims in connection with the proposed Settlement of the above-captioned action (the "Action").  I oversaw the notice services that Epiq provided in accordance with the Court's Notice Order.

3.      As noted in my prior declaration, Epiq completed the Court-approved notice program, including: (i) mailing of the Court-approved Notice of Proposed Settlement of Class Action (the "Notice") and Proof of Claim and Release (the "Proof of Claim") (collectively, the "Notice Package," attached to my prior declaration as **Exhibit A**); (ii) publication of the Summary Notice of Proposed Settlement of Class Action (the "Summary Notice"); and (iii) establishment of the website and toll-free telephone number dedicated to this Settlement.

**REQUESTS FOR EXCLUSION AND OBJECTIONS**

4.      The Court-approved Notice informs potential Class Members that all written objections to the Settlement, proposed Plan of Allocation, requested award of attorneys' fees and costs, and requested service award to Plaintiffs, or requests for exclusion from the Class, must be mailed to RTI Securities Settlement, EXCLUSIONS, P.O. Box 6819, Portland, OR 97228-6819, such that they are postmarked no later than January 10, 2022. The Notice also sets forth the information that must be included in each objection or request for exclusion. Epiq has monitored all mail delivered to this address.

5.      As reported in my original Notice Declaration, as of January 3, 2022, Epiq had not received any objections or requests for exclusion. As of January 14, 2022, Epiq has not received any requests for exclusion. Epiq has also not received any objections to the Settlement, proposed Plan of Allocation, requested award of attorneys' fees or costs, or requested service award to Plaintiffs.

**CLAIMS RECEIVED TO DATE**

6.      The deadline for submitting a Proof of Claim was January 14, 2022. As of January 14, 2022, Epiq has received approximately 1,477 Proofs of Claim. Of the Proofs of Claim received, approximately 154 were submitted via mail, and approximately 1,293 were submitted electronically through the Settlement website.

7.      As Proofs of Claim are often submitted with incomplete information, not signed, not properly documented, and/or filed by claimants who are not Class Members, much of Epiq's efforts will involve extensive claimant communications so that all claimants have sufficient opportunity to cure any deficiencies and file a complete Proof of Claim. The deficiency process, which involves letters and emails to claimants, and inbound and outbound telephone calls or emails to claimants, is intended to assist claimants in properly completing their otherwise deficient submissions in order to participate in the Settlement.

8.      Epiq will work throughout the entire administration process to ensure that Proofs of Claim are processed properly; that deficiency and ineligibility conditions are identified and classified; that deficiency letters are mailed to the appropriate claimants; and that Epiq's computer programs are operating properly.  Furthermore, Epiq's fraud prevention team, which includes highly qualified personnel with experience investigating fraud in both the public and private sectors, will use a variety of fraud protection controls throughout the administration process to identify potential fraudulent Proofs of Claim.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on January 18, 2022 in Seattle, Washington.

_____

JORDAN BROKER