**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICIA LOWRY, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.: 20-cv-01939 |
| RTI SURGICAL HOLDINGS, INC., CAMILLE I. FARHAT, BRIAN K. HUTCHISON, JONATHON M. SINGER, ROBERT P. JORDHEIM, and JOHANNES W. LOUW, | ) ) ) ) ) ) ) | Honorable Matthew F. Kennelly |
| Defendants. | ) ) ) | |

**CLASS PLAINTIFF'S MOTION FOR**
**ORDER OF DISTRIBUTION**

Class Representative Rosy Yeretsian ("Class Plaintiff"), individually and on behalf of herself and all others similarly situated, moves this Court for entry of an order (substantially in the form of the proposed order submitted herewith) to istribute the proceeds of the Settlement in this Action pursuant to the recommendations of the Claims Administrator. In support of this motion, Class Plaintiff relies upon her contemporaneously-filed Memorandum of Law.

WHEREFORE, Class Plaintiff respectfully requests that the Court enter an order to distribute the proceeds of the Settlement in this Action.

Dated: September 2, 2022

By: */s/ Louis C. Ludwig*
Patrick V. Dahlstrom
Louis C. Ludwig
Pomerantz LLP

10 South LaSalle St., Ste, 3505
Chicago, IL 60603
312.377.1181
pdahlstrom@pomlaw.com
lcludwig@pomlaw.com

Velvel (Devin) Freedman
Ivy T. Ngo
Constantine P. Economides
Roche Freedman LLP
SunTrust International Center
1 S.E. 3rd Avenue
Suite 1240
Miami, FL 33131
305.851.5997
vel@rochefreedman.com
kyle@rochefreedman.com
ingo@rochefreedman.com
ceconomides@rochefreedman.com

***Class Counsel***

2