**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

PATRICIA LOWRY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

RTI SURGICAL HOLDINGS, INC.,
CAMILLE I. FARHAT, BRIAN K.
HUTCHISON, JONATHON M. SINGER,
ROBERT P. JORDHEIM, and
JOHANNES W. LOUW,

Defendants.

No.:1:20-cv-01939
Honorable Matthew F. Kennelly

**PLAINTIFF'S UNOPPOSED MOTION TO DISTRIBUTE UNCASHED CLASS MEMBER CHECKS TO CY PRES RECIPIENT**

Lead Plaintiff Rosy Yeretsian ("Plaintiff") respectfully asks the Court to distribute the remaining funds in the Settlement Fund on a *cy pres* basis to the Northwestern University School of Law's Complex Civil Litigation and Investor Protection Center.

In support of this motion, Plaintiff states as follows:

1. The stipulation and agreement of settlement between Plaintiff and Defendants RTI Surgical Holdings, Inc., Camille I. Farhat, Brian K. Hutchison, Jonathon M. Singer, Robert P. Jordheim and Johannes W. Louw (collectively, "Defendants"), provided that "If any funds shall remain in the Net Settlement Fund six months after such re-distribution, then such balance shall be contributed to the Northwestern University School of Law's Complex Civil Litigation and Investor Protection Center." (ECF No. 95-1 ¶ D.12.)

1

2. As more fully described in the accompanying Declaration of Jordan Broker in Support of Lead Plaintiff's Motion to Distribute Uncashed Class Member Checks to Cy Pres Recipient ("Broker Declaration" or "Broker Decl."), after the distribution of the settlement fund as ordered by the Court (ECF No. 118), $2,432.85 remains in the settlement fund. (*See* Broker Decl. ¶¶ 2-5, attached hereto as Exhibit 1.)

3. Epiq Class Action and Claims Solutions, Inc. ("Epiq"), the Court-appointed claims administrator (*see* ECF No. 103 ¶ 5), has advised Plaintiff that any further distribution of the settlement funds is not economically feasible. (*See* Broker Decl. ¶ 6.)

4. Accordingly, Plaintiff seeks approval of the Court to distribute the $2,432.85 remaining in the settlement fund to the Northwestern University School of Law's Complex Civil Litigation and Investor Protection Center on a *cy pres* basis. The Investor Protection Center provides representation to investors with limited income and have disputes with stockbrokers, investment advisers, or securities firms. (Exhibit 2.)

5. Counsel for Defendants has indicated that Defendants have no objection to this motion.

6. An accounting of the distribution of funds setting forth how the settlement proceeds in this case were distributed is submitted in the accompanying Broker Declaration in support of this motion. (Exhibit 1.)

Wherefore, Plaintiff respectfully asks the Court to distribute the remaining funds in the Settlement Fund on a *cy pres* basis to the Northwestern University School of Law's Complex Civil Litigation and Investor Protection Center.

DATED: November 14, 2023

Respectfully Submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

**ROCHE CYRULNIK FREEDMAN LLP**
Velvel (Devin) Freedman
Kyle W. Roche
Ivy T. Ngo
Constantine P. Economides
Southeast Financial Center
200 S. Biscayne Blvd.
Suite 5500
Miami, FL 33131
Telephone: (305) 851-5997
Email: vfreedman@rcfllp.com
Email: kyle@rcfllp.com
Email: ingo@rcfllp.com
Email: ceconomides@rcfllp.com

*Class Counsel*

**THE SCHALL LAW FIRM**
Brian Schall
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Rosy Yeretsian*

3