# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| PATRICIA LOWRY, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>    v.<br><br>RTI SURGICAL HOLDINGS, INC., CAMILLE I. FARHAT, BRIAN K. HUTCHISON, JONATHON M. SINGER, ROBERT P. JORDHEIM, and JOHANNES W. LOUW,<br><br>                          Defendants. | No.:1:20-cv-01939<br>Honorable Matthew F. Kennelly |

## DECLARATION OF JORDAN BROKER IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO DISTRIBUTE UNCASHED CLASS MEMBER CHECKS TO CY PRES RECIPIENT

I, Jordan Broker, declare and state as follows:

1. I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision and kept in the ordinary course of Epiq's business.

2. Epiq was retained by Class Counsel to serve as the Claims Administrator for the Settlement in the above-captioned action (the "Action").[1] After the Settlement became effective,

---

[1] All capitalized terms not otherwise defined in this document shall have the same meaning ascribed to them as set forth in the Amended Stipulation and Agreement of Settlement ("Stipulation").

1

the claims administration process was completed pursuant to the Court's September 3, 2022 Order Approving Distribution of Net Settlement Fund (ECF No. 118) (the "Distribution Order").

3. As more fully described in the September 2, 2022 Declaration Of Jordan Broker In Support Of Lead Plaintiff's Motion For An Order Authorizing Distribution Of Class Action Settlement Proceeds (ECF No. 117-1), 629 checks and wire transfers from the Net Settlement Fund were sent and issued to Authorized Claimants beginning on October 5, 2022, in an amount totaling $7,161,471.40, or 100% of the Net Settlement Fund (the "Initial Distribution"). As of November 14, 2023, a total of $7,159,038.55, or 99.9% of the Net Settlement Fund, had been cashed from the Initial Distribution.

4. Since the disbursement of checks and wires to Authorized Claimants, Epiq has been monitoring returned checks, whether undeliverable or otherwise, processing and responding to inquiries received from claimants through correspondence, and processing requests for the reissuance of checks.

5. As of November 14, 2023, $2,432.85 remains unclaimed in the distribution account.

6. In accordance with the Court's Distribution Order, Lead Counsel, in consultation with Epiq, have determined that it is not cost-effective to conduct a further distribution of the unclaimed balance in the distribution account to Authorized Claimants who have cashed their prior distribution checks. Lead Counsel, in consultation with Epiq, have also determined that there are not sufficient funds remaining in the distribution account to warrant the processing of Claims received after July 31, 2022, as well as any earlier-received Claims for which an adjustment was received after July 31, 2022.

7. The plan of distribution states that any funds remaining in the Net Settlement Fund after re-distribution(s) which are not feasible or economical to reallocate, after payment of any unpaid

costs or fees incurred in administering the Net Settlement Fund, shall be contributed to non-sectarian, not-for-profit organizations(s), to be recommended by Lead Counsel and after review and approval by the Court. *See* ECF No. 117-1, ¶37(f).

8. The parties' stipulation of settlement provided that if any funds shall remain in the Net Settlement Fund six months after such re-distribution, then such balance shall be contributed to the Northwestern University School of Law's Complex Civil Litigation and Investor Protection Center. *See* ECF No. 95-1 ¶D.12. Lead Counsel request that the Court approve to distribute the $2,432.85 remaining in the settlement fund to the Northwestern University School of Law's Complex Civil Litigation and Investor Protection Center on a *cy pres* basis.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 14, 2023, in Seattle, Washington.

_____

JORDAN BROKER

3