# EXHIBIT 2

**Bluhm Legal Clinic**
**Litigation and Investor Protection**



# Complex Civil Litigation and Investor Protection Center

## Complex Civil Litigation

This Center provides representation in a range of cases such as: civil rights litigation, elder abuse, business disputes, real estate, insurance, securities litigation, and whistleblower suits. Students are given the opportunity to learn the practical aspects of complex civil litigation, including client relations, drafting of pleadings, the discovery process, depositions, arguing motions in court, bench and jury trials as well as appeals. In addition, students will be exposed to the economic considerations that are involved in the litigation process and will become involved in marketing, fee negotiation and budgeting, as well as related ethical concerns. In collaboration with other centers, we've recovered millions of dollars for our clients in recent years.

## Investor Protection

Students also work in the Investor Protection Center, which provides representation to investors with limited income and have disputes with stockbrokers, investment advisers, or securities firms. These investors across the nation now have access to services that previously were not readily available, if available at all. In addition, the Center acts as a screening mechanism for regulators, including FINRA, the SEC and state regulators, as well as brokerage houses trying to identify legitimate claims. Students are given the opportunity to learn the practical aspects of securities mediation and arbitration. Students are responsible for interviewing and counseling clients, explaining the arbitration and mediation process, investigation and selecting potential arbitrators, conducting discovery, negotiating settlements, and participating in mediations and arbitration trials.

## Legal Education in the Community

Rights and Responsibilities of the Family Home »

An educational resource for Cook County homeowners.